| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) CLELAND, Robert H. | 2. Court or Organization United States District Court, Eastern District of Michigan | 3. Date of Report 08/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 707 Theodore Levin Courthouse 231 W. Lafayette Blvd Detroit. MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion. in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Seven of these entities constitute those fiduciary relationships listed as | "FR 1" through "FR 5", though not necessarily in that order |
| 2. Co-Trustee | Trust |
| 3. Co-Trustee | Trust |
| 4. Trustee | Trust |
| 5. Trustee | Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, Robert H. | 08/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, Robert H. | 08/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | S1 | E | Dividends & Capital Gains | P1 | T | | | | | |
| 2 | Fractional share of FR5 | | | | | | | | | |
| 3 | CUB Investment Partnership | | | | | | | | | |
| 4 | Fidelity Cash Reserves Fund | | | | | | | | | |
| 5 | Fidelity Daily Income Fund | | | | | | | | | |
| 6 | Florida residential real estate held for rental, ▓▓▓ | | | | | Sell | 04/20 | M | G | |
| 7 | Investment Club (A fractional share of Investment Club, a Michigan Limited Liability Company, see part VIII for comments) | | | | | | | | | |
| 8 | Michigan residential real estate held for rental, ▓▓▓ | | | | | | | | | |
| 9 | Abbott Laboratories (common) | | | | | Partial Sale | 04/08 | J | None | |
| 10 | Abbott Laboratories (common) | | | | | Partial Sale | 03/30 | J | None | |
| 11 | Abbott Laboratories (common) | | | | | Partial Sale | 04/16 | J | None | |
| 12 | Abbott Laboratories (common) | | | | | Partial Sale | 04/28 | J | None | |
| 13 | Abbott Laboratories (common) | | | | | Sell | 05/20 | J | None | |
| 14 | Ace Limited (common) | | | | | Buy | 04/07 | J | | |
| 15 | Ace Limited (common) | | | | | Buy | 04/17 | J | | |
| 16 | Activision Blizzard Inc (common) | | | | | Sell | 02/17 | J | None | |
| 17 | Aetna Inc (common) | | | | | Buy | 09/29 | J | | |
| 18 | Aetna Inc (common) | | | | | Buy | 10/13 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions                *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend. rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19 | Aflac Inc (common) | | | | | Buy | 01/09 | J | | |
| 20 | Aflac Inc (common) | | | | | Sell | 02/02 | J | None | |
| 21 | Air Products & Chemicals Inc (common) | | | | | Buy | 09/18 | J | | |
| 22 | Air Products & Chemicals Inc (common) | | | | | Buy | 11/17 | J | | |
| 23 | Air Products & Chemicals Inc (common) | | | | | Buy | 11/30 | J | | |
| 24 | AK Steel Holding Corp (common) | | | | | Buy | 08/25 | J | | |
| 25 | Alcon Inc (common) | | | | | Partial Sale | 01/23 | J | None | |
| 26 | Alcon Inc (common) | | | | | Partial Sale | 05/07 | J | None | |
| 27 | Alcon Inc (common) | | | | | Buy | 06/15 | J | | |
| 28 | Alcon Inc (common) | | | | | Buy | 07/21 | J | | |
| 29 | Alcon Inc (common) | | | | | Buy | 08/04 | J | | |
| 30 | Alcon Inc (common) | | | | | Buy | 09/24 | J | | |
| 31 | Alcon Inc (common) | | | | | Buy | 09/28 | J | | |
| 32 | Alcon Inc (common) | | | | | Buy | 10/22 | J | | |
| 33 | Alcon Inc (common) | | | | | Buy | 10/30 | J | | |
| 34 | Alcon Inc (common) | | | | | Buy | 11/24 | J | | |
| 35 | Alliance Bernstein Cash | | | | | | | | | |
| 36 | Allstate Corp (common) | | | | | Partial Sale | 05/04 | J | None | |
| 37 | Allstate Corp (common) | | | | | Partial Sale | 06/02 | J | None | |
| 38 | Allstate Corp (common) | | | | | Partial Sale | 12/02 | J | None | |
| 39 | Altera Corp (common) | | | | | Buy | 07/27 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 6    INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 40 | Altera Corp (common) | | | | | Partial Sale | 10/29 | J | A | |
| 41 | Altera Corp (common) | | | | | Sell | 11/05 | J | A | |
| 42 | Altria Group Inc (common) | | | | | Partial Sale | 04/30 | J | None | |
| 43 | Altria Group Inc (common) | | | | | Buy | 07/10 | J | | |
| 44 | Altria Group Inc (common) | | | | | Buy | 07/13 | J | | |
| 45 | Altria Group Inc (common) | | | | | Partial Sale | 09/10 | J | None | |
| 46 | Amazon Com Inc (common) | | | | | Buy | 05/21 | J | | |
| 47 | America Movil-ADR Series L (common) | | | | | | | | | |
| 48 | American International Group (common) | | | | | Sell | 03/18 | J | None | |
| 49 | American Tower Corp (common) | | | | | Buy | 07/10 | J | | |
| 50 | American Tower Corp (common) | | | | | Sell | 10/09 | J | None | |
| 51 | Ameriprise Financial Inc (common) | | | | | Buy | 11/04 | J | | |
| 52 | Amgen Inc (common) | | | | | Partial Sale | 06/25 | J | A | |
| 53 | Amgen Inc (common) | | | | | Sell | 07/13 | J | A | |
| 54 | Anheuser-Bush Inbev (common) | | | | | Buy | 11/12 | J | | |
| 55 | AOL Inc (common) | | | | | Buy | 01/07 | J | | |
| 56 | AOL Inc (common) | | | | | Buy | 04/23 | J | | |
| 57 | AOL Inc (common) | | | | | Buy | 06/16 | J | | |
| 58 | Apache Corp (common) | | | | | Buy | 01/16 | J | | |
| 59 | Apache Corp (common) | | | | | Buy | 04/30 | J | | |
| 60 | Apache Corp (common) | | | | | Buy | 06/01 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/13/10 |

VII. Page 7    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 61 | Apache Corp (common) | | | | | Partial Sale | 07/17 | J | None | |
| 62 | Apache Corp (common) | | | | | Partial Sale | 08/07 | J | A | |
| 63 | Apache Corp (common) | | | | | Partial Sale | 09/17 | J | None | |
| 64 | Apache Corp (common) | | | | | Partial Sale | 09/30 | J | None | |
| 65 | Apache Corp (common) | | | | | Partial Sale | 10/12 | J | A | |
| 66 | Apache Corp (common) | | | | | Partial Sale | 10/22 | J | A | |
| 67 | Apache Corp (common) | | | | | Sell | 11/03 | J | None | |
| 68 | Apple Inc (common) | | | | | Partial Sale | 01/06 | J | None | |
| 69 | Apple Inc (common) | | | | | Partial Sale | 01/15 | J | None | |
| 70 | Apple Inc (common) | | | | | Partial Sale | 03/30 | J | A | |
| 71 | Apple Inc (common) | | | | | Partial Sale | 09/21 | J | A | |
| 72 | Arcelormittal SA Luxembourg (common) | | | | | Buy | 06/02 | J | | |
| 73 | Arcelormittal SA Luxembourg (common) | | | | | Buy | 08/05 | J | | |
| 74 | Archer Daniels Midland Co (common) | | | | | Buy | 01/20 | J | | |
| 75 | Archer Daniels Midland Co (common) | | | | | Buy | 02/04 | J | | |
| 76 | Archer Daniels Midland Co (common) | | | | | Buy | 02/05 | J | | |
| 77 | AT&T Inc (common) | | | | | Partial Sale | 01/27 | J | None | |
| 78 | AT&T Inc (common) | | | | | Buy | 04/07 | J | | |
| 79 | AT&T Inc (common) | | | | | Buy | 04/15 | J | | |
| 80 | AT&T Inc (common) | | | | | Buy | 06/17 | J | | |
| 81 | AT&T Inc (common) | | | | | Buy | 06/19 | J | | |
| 82 | AT&T Inc (common) | | | | | Buy | 06/23 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions      *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| 83 | AT&T Inc (common) | | | | | Buy | 07/27 | J | | |
| 84 | Autoliv Inc (common) | | | | | Sell | 07/21 | J | None | |
| 85 | Bank New York Mellon Corp (common) | | | | | Buy | 04/17 | J | | |
| 86 | Bank of America Corp (common) | | | | | Partial Sale | 03/20 | J | None | |
| 87 | Bank of America Corp (common) | | | | | Buy | 08/31 | J | | |
| 88 | Bank of America Corp (common) | | | | | Buy | 12/07 | J | | |
| 89 | Bank of America Corp (common) | | | | | Buy | 12/09 | J | | |
| 90 | Baxter International Inc (common) | | | | | Partial Sale | 01/14 | J | None | |
| 91 | Baxter International Inc (common) | | | | | Buy | 04/21 | J | | |
| 92 | Baxter International Inc (common) | | | | | Partial Sale | 06/05 | J | None | |
| 93 | Baxter International Inc (common) | | | | | Partial Sale | 09/09 | J | None | |
| 94 | BB&T Corp (common) | | | | | Buy | 09/30 | J | | |
| 95 | Becton Dickinson & Co (common) | | | | | Partial Sale | 01/14 | J | None | |
| 96 | Becton Dickinson & Co (common) | | | | | Partial Sale | 05/01 | J | None | |
| 97 | Becton Dickinson & Co (common) | | | | | Sell | 05/05 | J | None | |
| 98 | Bernstein Emerging Markets Portfolio (fund) | | | | | | | | | |
| 99 | Bernstein Tax-Managed International Portfolio (fund) | | | | | | | | | |
| 100 | Black & Decker Corp (common) | | | | | Partial Sale | 01/15 | J | None | |
| 101 | Black & Decker Corp (common) | | | | | Buy | 09/14 | J | | |
| 102 | Black & Decker Corp (common) | | | | | Sell | 12/30 | J | A | |
| 103 | BP PLC (common) | | | | | Partial Sale | 01/30 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less<br>(Col B1, D4)   F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | F=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less<br>(Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal<br>(col C2)   U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 9    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| | A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 104 | BP PLC (common) | | | | | Sell | 10/20 | J | A | |
| 105 | Broadcom Corp - CL A (common) | | | | | Buy | 11/10 | | | |
| 106 | Bunge Ltd (common) | | | | | Partial Sale | 04/08 | J | A | |
| 107 | Bunge Ltd (common) | | | | | Partial Sale | 04/13 | J | A | |
| 108 | Cameron International (common) | | | | | Buy | 06/15 | | | |
| 109 | Capital One Financial (common) | | | | | Buy | 01/16 | J | | |
| 110 | Capital One Financial (common) | | | | | Partial Sale | 10/07 | J | A | |
| 111 | Capital One Financial (common) | | | | | Sell | 10/23 | J | A | |
| 112 | Cardinal Health Inc (common) | | | | | Partial Sale | 06/05 | J | None | |
| 113 | Cardinal Health Inc (common) | | | | | Sell | 08/03 | J | None | |
| 114 | Caterpillar Inc (common) | | | | | Partial Sale | 03/05 | J | None | |
| 115 | Caterpillar Inc (common) | | | | | Buy | 05/27 | J | | |
| 116 | Caterpillar Inc (common) | | | | | Buy | 07/14 | J | | |
| 117 | Caterpillar Inc (common) | | | | | Buy | 07/28 | J | | |
| 118 | Caterpillar Inc (common) | | | | | Partial Sale | 10/26 | J | A | |
| 119 | Caterpillar Inc (common) | | | | | Partial Sale | 11/13 | J | A | |
| 120 | Caterpillar Inc (common) | | | | | Partial Sale | 12/09 | J | A | |
| 121 | CBS Corp - CL B (common) | | | | | Buy | 01/30 | J | | |
| 122 | CBS Corp - CL B (common) | | | | | Partial Sale | 11/11 | J | None | |
| 123 | Celgene Corp (common) | | | | | Partial Sale | 05/14 | J | None | |
| 124 | Celgene Corp (common) | | | | | Partial Sale | 08/03 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=-$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| 2009 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/13/10 |

VII. Page 10    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 125 | Celgene Corp (common) | | | | | Partial Sale | 11/03 | J | None | |
| 126 | Chevron Corp (common) | | | | | Buy | 04/04 | J | | |
| 127 | Chevron Corp (common) | | | | | Buy | 04/16 | J | | |
| 128 | Chevron Corp (common) | | | | | Partial Sale | 06/10 | J | A | |
| 129 | Chevron Corp (common) | | | | | Partial Sale | 06/16 | J | A | |
| 130 | Chevron Corp (common) | | | | | Partial Sale | 07/10 | J | None | |
| 131 | Chevron Corp (common) | | | | | Partial Sale | 08/10 | J | A | |
| 132 | Chevron Corp (common) | | | | | Partial Sale | 12/04 | J | A | |
| 133 | Chevron Corp (common) | | | | | Partial Sale | 12/08 | J | A | |
| 134 | Cimarex Energy Co (common) | | | | | Buy | 08/06 | J | | |
| 135 | Cimarex Energy Co (common) | | | | | Buy | 11/24 | J | | |
| 136 | Cisco Systems Inc (common) | | | | | Partial Sale | 04/15 | J | None | |
| 137 | Cisco Systems Inc (common) | | | | | Partial Sale | 05/26 | J | None | |
| 138 | Cisco Systems Inc (common) | | | | | Partial Sale | 07/01 | J | None | |
| 139 | Cisco Systems Inc (common) | | | | | Partial Sale | 08/03 | J | None | |
| 140 | Cisco Systems Inc (common) | | | | | Buy | 09/22 | J | | |
| 141 | Cisco Systems Inc (common) | | | | | Partial Sale | 11/13 | J | None | |
| 142 | Citizens First Bancorp Inc (common) | | | | | | | | | |
| 143 | Citigroup Inc (common) | | | | | Partial Sale | 01/15 | J | None | |
| 144 | Citigroup Inc (common) | | | | | Sell | 02/20 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 11    INVESTMENT and TRUSTS – income. value, transactions

*(Includes those of spouse and dependent children  See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 145  CME Group Inc (common) | | | | | Partial Sale | 01/30 | J | None | |
| 146  CME Group Inc (common) | | | | | Partial Sale | 02/06 | J | None | |
| 147  CME Group Inc (common) | | | | | Partial Sale | 04/03 | J | None | |
| 148  Coca Cola Co (common) | | | | | Partial Sale | 05/01 | J | None | |
| 149  Coca Cola Co (common) | | | | | Partial Sale | 05/11 | J | None | |
| 150  Coca Cola Co (common) | | | | | Sell | 09/16 | J | None | |
| 151  Colgate-Palmolive Co (common) | | | | | Buy | 01/27 | J | | |
| 152  Colgate-Palmolive Co (common) | | | | | Partial Sale | 04/07 | J | None | |
| 153  Colgate-Palmolive Co (common) | | | | | Partial Sale | 04/16 | J | None | |
| 154  Colgate-Palmolive Co (common) | | | | | Partial Sale | 05/05 | J | None | |
| 155  Colgate-Palmolive Co (common) | | | | | Sell | 11/06 | J | A | |
| 156  Comcast Corp (common) | | | | | Buy | 04/15 | J | | |
| 157  Comcast Corp (common) | | | | | Partial Sale | 06/17 | J | None | |
| 158  Comcast Corp (common) | | | | | Buy | 12/17 | J | | |
| 159  ConocoPhillips (common) | | | | | Partial Sale | 02/03 | J | None | |
| 160  ConocoPhillips (common) | | | | | Buy | 08/14 | J | | |
| 161  ConocoPhillips (common) | | | | | Buy | 10/02 | J | | |
| 162  ConocoPhillips (common) | | | | | Buy | 11/05 | J | | |
| 163  ConocoPhillips (common) | | | | | Buy | 11/17 | J | | |
| 164  ConocoPhillips (common) | | | | | Buy | 12/03 | J | | |
| 165  Constellation (common) | | | | | Buy | 08/14 | J | | |
| 166  Cooper Industries (common) | | | | | Buy | 10/12 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 12   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| 167 | Corning Inc (common) | | | | | Buy | 01/21 | J | | | |
| 168 | Corning Inc (common) | | | | | Partial Sale | 12/16 | J | B | | |
| 169 | Costco Wholesale Corp (common) | | | | | Buy | 02/10 | J | | | |
| 170 | Costco Wholesale Corp (common) | | | | | Buy | 06/23 | J | | | |
| 171 | Costco Wholesale Corp (common) | | | | | Partial Sale | 09/04 | J | None | | |
| 172 | Covidien (common) | | | | | Buy | 12/07 | J | | | |
| 173 | Credit Suisse Group (common) | | | | | Buy | 09/08 | J | | | |
| 174 | Credit Suisse Group (common) | | | | | Buy | 05/11 | J | | | |
| 175 | Crown Castle Intl (common) | | | | | Buy | 07/21 | J | | | |
| 176 | Crowne Caste Intl (common) | | | | | Sell | 10/09 | J | A | | |
| 177 | DR Horton Inc (common) | | | | | Buy | 06/16 | J | | | |
| 178 | Danaher Corp (common) | | | | | Buy | 04/01 | J | | | |
| 179 | Danaher Corp (common) | | | | | Buy | 05/27 | J | | | |
| 180 | Danaher Corp (common) | | | | | Buy | 06/05 | J | | | |
| 181 | Danaher Corp (common) | | | | | Buy | 08/11 | J | | | |
| 182 | Danaher Corp (common) | | | | | Buy | 09/17 | J | | | |
| 183 | Dean Foods Co (common) | | | | | Buy | 10/07 | J | | | |
| 184 | Deere & Co (common) | | | | | Sell | 03/05 | J | None | | |
| 185 | Dell (common) | | | | | Buy | 01/23 | J | | | |
| 186 | Dell Inc (common) | | | | | Partial Sale | 02/12 | J | None | | |
| 187 | Dell (common) | | | | | Buy | 07/15 | J | | | |
| 188 | Dell (common) | | | | | Buy | 08/12 | J | | | |

| | | | | |
|---|---|---|---|---|
| 1 Inc/Gain Codes: A=1,000 or less<br>(Col B1, D4)   F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000   E=$15,001-$50,000<br>H2=$5,000,001 or more | |
| 2 Val Codes:   J=$15,000 or less<br>(Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000   N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |
| 3 Val Mth Codes:   Q=Appraisal<br>(col C2)   U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 13    INVESTMENT and TRUSTS – income, value, transactions        *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 189 | Dell (common) | | | | | Buy | 11/23 | J | | |
| 190 | Dell (common) | | | | | Buy | 12/14 | J | | |
| 191 | Deutsche Bank AG Registered (common) | | | | | Partial Sale | 04/16 | J | None | |
| 192 | Devon Energy (common) | | | | | Buy | 05/18 | J | | |
| 193 | Devon Energy (common) | | | | | Buy | 02/03 | J | | |
| 194 | Devon Energy (common) | | | | | Buy | 02/10 | J | | |
| 195 | Devon Energy (common) | | | | | Buy | 04/06 | J | | |
| 196 | Devon Energy (common) | | | | | Partial Sale | 06/01 | J | None | |
| 197 | Devon Energy (common) | | | | | Buy | 07/15 | J | | |
| 198 | Devon Energy (common) | | | | | Buy | 11/19 | J | | |
| 199 | Devon Energy (common) | | | | | Buy | 12/03 | J | | |
| 200 | Du Pont (E.I.) De Nemours (common) | | | | | Buy | 04/09 | J | | |
| 201 | Du Pont (E.I.) De Nemours (common) | | | | | Buy | 05/21 | J | | |
| 202 | Du Pont (E.I.) De Nemours (common) | | | | | Buy | 05/27 | J | | |
| 203 | Du Pont (E.I.) De Nemours (common) | | | | | Buy | 06/08 | J | | |
| 204 | Du Pont (E.I.) De Nemours (common) | | | | | Buy | 06/24 | J | | |
| 205 | Du Pont (E.I.) De Nemours (common) | | | | | Buy | 06/25 | J | | |
| 206 | Du Pont (E.I.) De Nemours (common) | | | | | Buy | 06/26 | J | | |
| 207 | Eastman Chemical Co (common) | | | | | Partial Sale | 05/19 | J | A | |
| 208 | Eastman Chemical Co (common) | | | | | Partial Sale | 11/23 | J | A | |
| 209 | Eastman Chemical Co (common) | | | | | Sell | 11/24 | J | A | |
| 210 | Eli Lily (common) | | | | | Buy | 04/07 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|

| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
|---|---|---|---|---|

| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market |
|---|---|---|---|

VII. Page 14     INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date. Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 211  Eli Lilly Co (common) | | | | | Partial Sale | 07/22 | J | A | |
| 212  Eli Lilly Co (common) | | | | | Sell | 09/29 | J | A | |
| 213  EMC Corp (common) | | | | | Buy | 08/05 | J | | |
| 214  EMC Corp (common) | | | | | Buy | 08/07 | J | | |
| 215  EMC Corp (common) | | | | | Buy | 09/23 | J | | |
| 216  EMC Corp (common) | | | | | Buy | 10/26 | J | | |
| 217  EMC Corp (common) | | | | | Buy | 12/21 | J | | |
| 218  Emerson Electric Co (common) | | | | | Buy | 01/30 | J | | |
| 219  Emerson Electric Co (common) | | | | | Buy | 04/01 | J | | |
| 220  Emerson Electric Co (common) | | | | | Partial Sale | 05/29 | J | None | |
| 221  Emerson Electric Co (common) | | | | | Partial Sale | 08/05 | J | A | |
| 222  Emerson Electric Co (common) | | | | | Partial Sale | 08/19 | J | A | |
| 223  Emerson Electric Co (common) | | | | | Partial Sale | 09/16 | J | A | |
| 224  Emerson Electric Co (common) | | | | | Sell | 10/22 | J | A | |
| 225  Ensco Int'l Inc (common) | | | | | Buy | 06/02 | J | | |
| 226  EOG Res Inc (common) | | | | | Buy | 01/20 | J | | |
| 227  EOG Res Inc (common) | | | | | Buy | 01/23 | J | | |
| 228  EOG Res Inc (common) | | | | | Buy | 02/03 | J | | |
| 229  EOG Res Inc (common) | | | | | Buy | 04/22 | J | | |
| 230  EOG Res Inc (common) | | | | | Partial Sale | 05/27 | J | None | |
| 231  EOG Res Inc (common) | | | | | Partial Sale | 06/24 | J | None | |

1 Inc/Gain Codes: A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000          G=$100,001-1,000,000          H=$1,000,001-$5,000,000          H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less          K=$15,001-$50,000          L=$50,001-100,000          M=$100,001-$250,000          N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000          P1= $1,000,001-$5,000,000          P2=$5,000,001-$25,000,000          P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes   Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market
(col C2)          U=Book Value          V=Other          W=Estimate

| 2009 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/13/10 |

VII. Page 15    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 232 EOG Res Inc (common) | | | | | Partial Sale | 07/01 | J | None | |
| 233 EOG Res Inc (common) | | | | | Partial Sale | 07/10 | J | None | |
| 234 EOG Res Inc (common) | | | | | Partial Sale | 08/03 | J | A | |
| 235 EOG Res Inc (common) | | | | | Partial Sale | 08/20 | J | A | |
| 236 EOG Res Inc (common) | | | | | Partial Sale | 10/29 | J | A | |
| 237 EOG Res Inc (common) | | | | | Sell | 11/16 | J | A | |
| 238 Ericsson L M Tel Co (common) | | | | | Partial Sale | 03/30 | J | None | |
| 239 Ericsson L M Tel Co (common) | | | | | Partial Sale | 06/05 | J | None | |
| 240 Ericsson L M Tel Co (common) | | | | | Sell | 08/18 | J | None | |
| 241 Exxon Mobile Corp (common) | | | | | Partial Sale | 07/10 | J | None | |
| 242 Exxon Mobile Corp (common) | | | | | Partial Sale | 08/18 | J | None | |
| 243 Exxon Mobile Corp (common) | | | | | Sell | 10/01 | J | A | |
| 244 Fannie Mae (common) | | | | | | | | | Should have been listed as full sell on 2008 Report, line 188 |
| 245 Fedex (common) | | | | | Buy | 08/07 | J | | |
| 246 Fifth Third Bancorp (common) | | | | | Sell | 03/16 | J | None | |
| 247 Fluor Corp (common) | | | | | Sell | 09/17 | J | None | |
| 248 Franklin Resources Inc (common) | | | | | Partial Sale | 01/21 | J | None | |
| 249 Franklin Resources Inc (common) | | | | | Partial Sale | 06/04 | J | None | |
| 250 Franklin Resources Inc (common) | | | | | Buy | 11/04 | J | | |
| 251 Franklin Resources Inc (common) | | | | | Buy | 11/09 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

| | 2009 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Robert H. Cleland | 08/13/10 |

VII. Page 16    INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 252 | Freeport-McMoran Copper (common) | | | | | Buy | 05/05 | J | | |
| 253 | Freeport-McMoran Copper (common) | | | | | Buy | 06/01 | J | | |
| 254 | Freeport-McMoran Copper (common) | | | | | Buy | 06/25 | J | | |
| 255 | Freeport-McMoran Copper (common) | | | | | Buy | 08/06 | J | | |
| 256 | Freeport-McMoran Copper (common) | | | | | Partial Sale | 10/23 | J | None | |
| 257 | Gannett Co (common) | | | | | Sell | 04/24 | J | None | |
| 258 | Gap Inc (common) | | | | | Buy | 02/10 | J | | |
| 259 | Gap Inc (common) | | | | | Sell | 07/23 | J | A | |
| 260 | Garmin Ltd (common) | | | | | Buy | 11/19 | J | | |
| 261 | Genentech Inc (common) | | | | | Buy | 01/20 | J | | |
| 262 | Genentech Inc (common) | | | | | Buy | 02/03 | J | | |
| 263 | Genentech Inc (common) | | | | | Sell | 03/26 | K | C | |
| 264 | General Electric Co (common) | | | | | Partial Sale | 01/14 | J | None | |
| 265 | General Electric Co (common) | | | | | Buy | 10/26 | J | | |
| 266 | General Electric Co (common) | | | | | Buy | 10/27 | J | | |
| 267 | General Electric Co (common) | | | | | Buy | 11/17 | J | | |
| 268 | General Electric Co (common) | | | | | Buy | 12/17 | J | | |
| 269 | General Mills (common) | | | | | | | | | |
| 270 | Genworth Financial (common) | | | | | Sell | 06/11 | J | None | |
| 271 | Gilead Sciences Inc (common) | | | | | Partial Sale | 01/30 | J | A | |
| 272 | Gilead Sciences Inc (common) | | | | | Partial Sale | 02/06 | J | A | |

1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes.  Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)          U=Book Value       V=Other                         W=Estimate

| | | | | |
|---|---|---|---|---|
| 2009 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | | | Date of Report<br><br>08/13/10 |

VII. Page 17     INVESTMENT and TRUSTS – income, value, transactions        *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 273 | Gilead Sciences Inc (common) | | | | | Partial Sale | 04/30 | J | A | |
| 274 | Gilead Sciences Inc (common) | | | | | Partial Sale | 10/15 | J | A | |
| 275 | Glaxosmithkline (common) | | | | | Buy | 04/07 | J | | |
| 276 | Glaxosmithkline (common) | | | | | Partial Sale | 11/16 | J | A | |
| 277 | Goldman Sachs Group Inc (common) | | | | | Buy | 02/10 | J | | |
| 278 | Goldman Sachs Group Inc (common) | | | | | Partial Sale | 04/09 | J | None | |
| 279 | Goldman Sachs Group Inc (common) | | | | | Buy | 05/11 | J | | |
| 280 | Goldman Sachs Group Inc (common) | | | | | Buy | 05/28 | J | | |
| 281 | Goldman Sachs Group Inc (common) | | | | | Buy | 06/16 | J | | |
| 282 | Goldman Sachs Group Inc (common) | | | | | Buy | 09/11 | J | | |
| 283 | Goldman Sachs Group Inc (common) | | | | | Partial Sale | 09/24 | J | A | |
| 284 | Goldman Sachs Group Inc (common) | | | | | Buy | 10/16 | J | | |
| 285 | Goldman Sachs Group Inc (common) | | | | | Buy | 10/19 | J | | |
| 286 | Goldman Sachs Group Inc (common) | | | | | Buy | 10/22 | J | | |
| 287 | Goldman Sachs Group Inc (common) | | | | | Buy | 11/04 | J | | |
| 288 | Google Inc (common) | | | | | Buy | 01/16 | J | | |
| 289 | Google Inc-Cl. A (common) | | | | | Partial Sale | 04/07 | J | None | |
| 290 | Google Inc-Cl. A (common) | | | | | Partial Sale | 04/15 | J | None | |
| 291 | Google Inc-Cl. A (common) | | | | | Partial Sale | 04/20 | J | A | |
| 292 | Google Inc-Cl. A (common) | | | | | Partial Sale | 10/19 | J | A | |
| 293 | Greenfield Financial Group (common) | | | | | | | | | |

| |
|---|
| 1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000<br>(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more |
| 2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000<br>(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market<br>(col C2)    U=Book Value    V=Other    W=Estimate |

VII. Page 18    INVESTMENT and TRUSTS – income, value, transactions        *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 294 | Hartford Financial Svcs Grp (common ) | | | | | Partial Sale | 02/04 | J | None | |
| 295 | Hartford Financial Svcs Grp (common ) | | | | | Sell | 08/12 | J | None | |
| 296 | Hewlett-Packard Co (common) | | | | | Partial Sale | 04/07 | J | None | |
| 297 | Hewlett-Packard Co (common) | | | | | Partial Sale | 05/01 | J | None | |
| 298 | Hewlett-Packard Co (common) | | | | | Partial Sale | 06/04 | J | None | |
| 299 | Hewlett-Packard Co (common) | | | | | Partial Sale | 06/24 | J | None | |
| 300 | Hewlett-Packard Co (common) | | | | | Partial Sale | 07/16 | J | None | |
| 301 | Hewlett-Packard Co (common) | | | | | Partial Sale | 08/28 | J | A | |
| 302 | Hewlett-Packard Co (common) | | | | | Partial Sale | 10/05 | J | A | |
| 303 | Home Depot Inc (common) | | | | | Buy | 02/10 | J | | |
| 304 | Honeywell International (common) | | | | | Buy | 01/16 | J | | |
| 305 | Honeywell International (common) | | | | | Sell | 05/06 | J | None | |
| 306 | Huntsman Corp (common) | | | | | Buy | 12/16 | J | | |
| 307 | Illinois Tool Works (common) | | | | | Buy | 05/28 | J | | |
| 308 | Illinois Tool Works (common) | | | | | Buy | 06/25 | J | | |
| 309 | Illinois Tool Works (common) | | | | | Buy | 08/14 | J | | |
| 310 | Illinois Tool Works (common) | | | | | Buy | 09/03 | J | | |
| 311 | Illinois Tool Works (common) | • | | | | Buy | 09/08 | J | | |
| 312 | Illinois Tool Works (common) | | | | | Buy | 09/23 | J | | |
| 313 | Illinois Tool Works (common) | | | | | Buy | 10/22 | J | | |
| 314 | Illinois Tool Works (common) | | | | | Buy | 11/13 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/13/10 |

VII. Page 19   INVESTMENT and TRUSTS – income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 315 | Ingersoll-Rand PLC (common) | | | | | Buy | 06/03 | J | | |
| 316 | Ingersoll-Rand PLC (common) | | | | | Buy | 10/09 | J | | |
| 317 | Ingersoll-Rand PLC (common) | | | | | Buy | 10/22 | J | | |
| 318 | Ingersoll-Rand PLC (common) | | | | | Buy | 11/12 | J | | |
| 319 | Intel Corp (common) | | | | | Buy | 04/23 | J | | |
| 320 | Intel Corp (common) | | | | | Buy | 06/01 | J | | |
| 321 | Intel Corp (common) | | | | | Buy | 07/17 | J | | |
| 322 | Intel Corp (common) | | | | | Buy | 09/10 | J | | |
| 323 | Intel Corp (common) | | | | | Buy | 11/23 | J | | |
| 324 | JC Penney Co | | | | | Partial Sale | 03/30 | J | None | |
| 325 | JC Penney Co | | | | | Partial Sale | 05/01 | J | A | |
| 326 | Jacobs Engineering Group (common) | | | | | Buy | 01/09 | J | | |
| 327 | Jacobs Engineering Group (common) | | | | | Buy | 02/11 | J | | |
| 328 | Jacobs Engineering Group Inc (common) | | | | | Partial Sale | 05/08 | J | None | |
| 329 | Jacobs Engineering Group Inc (common) | | | | | Sell | 05/20 | J | A | |
| 330 | Johnson Controls Inc (common) | | | | | Buy | 08/07 | J | | |
| 331 | Johnson Controls Inc (common) | | | | | Buy | 09/17 | J | | |
| 332 | Johnson Controls Inc (common) | | | | | Buy | 09/18 | J | | |
| 333 | JP Morgan Chase & Co (common) | | | | | Partial Sale | 03/31 | J | None | |
| 334 | JP Morgan Chase & Co (common) | | | | | Buy | 05/06 | J | | |
| 335 | JP Morgan Chase & Co (common) | | | | | Buy | 05/08 | J | | |
| 336 | JP Morgan Chase & Co (common) | | | | | Buy | 05/15 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 20     INVESTMENT and TRUSTS – income, value, transactions     *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337 | JP Morgan Chase & Co (common) | | | | | Buy | 05/27 | J | | |
| 338 | JP Morgan Chase & Co (common) | | | | | Buy | 06/05 | J | | |
| 339 | JP Morgan Chase & Co (common) | | | | | Buy | 06/12 | J | | |
| 340 | JP Morgan Chase & Co (common) | | | | | Buy | 07/07 | J | | |
| 341 | JP Morgan Chase & Co (common) | | | | | Partial Sale | 09/04 | J | None | |
| 342 | JP Morgan Chase & Co (common) | | | | | Partial Sale | 10/09 | J | A | |
| 343 | JP Morgan Chase & Co (common) | | | | | Buy | 12/10 | J | | |
| 344 | JP Morgan Chase & Co (common) | | | | | Buy | 12/14 | J | | |
| 345 | KLA-Tencor Corp (common) | | | | | Buy | 09/11 | J | | |
| 346 | KLA-Tencor Corp (common) | | | | | Buy | 10/01 | J | | |
| 347 | Kohls Corp (common) | | | | | Buy | 04/30 | J | | |
| 348 | Kohls Corp (common) | | | | | Buy | 06/02 | J | | |
| 349 | Kohls Corp (common) | | | | | Partial Sale | 12/04 | J | None | |
| 350 | Liberty Entertainment (common) | | | | | Buy | 04/21 | J | | |
| 351 | Liberty Entertainment (common) | | | | | Partial Sale | 07/22 | J | A | |
| 352 | Liberty Entertainment (common) | | | | | Sell | 08/05 | J | A | |
| 353 | Limited Brands (common) | | | | | Buy | 04/15 | J | | |
| 354 | Lincoln National Corp (common) | | | | | Buy | 01/27 | J | | |
| 355 | Lincoln National Corp (common) | | | | | Partial Sale | 11/30 | J | A | |
| 356 | Lockheed Martin Corp (common) | | | | | Partial Sale | 04/21 | J | None | |
| 357 | Lockheed Martin Corp (common) | | | | | Sell | 05/07 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 | |
|---|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
|---|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 21    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale, merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 358 | Lowe's Cos Inc (common) | | | | | Buy | 04/21 | J | | |
| 359 | Lowe's Cos Inc (common) | | | | | Buy | 07/09 | J | | |
| 360 | Lowe's Cos Inc (common) | | | | | Buy | 09/21 | J | | |
| 361 | Lowe's Cos Inc (common) | | | | | Buy | 09/22 | J | | |
| 362 | Lowes Cos Inc (common) | | | | | Partial Sale | 12/18 | J | A | |
| 363 | Macy's Inc (common) | | | | | Partial Sale | 02/09 | J | None | |
| 364 | Macy's Inc (common) | | | | | Partial Sale | 05/14 | J | None | |
| 365 | Macy's Inc (common) | | | | | Buy | 06/17 | J | | |
| 366 | Marathon Oil Corp (common) | | | | | | | | | Should have been listed as full sell on 2008 Report, line 272 |
| 367 | Masco Corp (common) | | | | | Buy | 05/18 | J | | |
| 368 | McDonald's Corp (common) | | | | | Buy | 02/10 | J | | |
| 369 | McDonald's Corp (common) | | | | | Partial Sale | 05/04 | J | None | |
| 370 | McDonald's Corp (common) | | | | | Partial Sale | 07/16 | J | None | |
| 371 | McDonald's Corp (common) | | | | | Partial Sale | 08/04 | J | None | |
| 372 | McDonald's Corp (common) | | | | | Partial Sale | 09/16 | J | A | |
| 373 | McDonald's Corp (common) | | | | | Sell | 10/12 | J | A | |
| 374 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 03/30 | J | None | |
| 375 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 09/16 | J | A | |
| 376 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 10/21 | J | A | |
| 377 | Merck & Co Inc (common) | | | | | Partial Sale | 03/31 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 22    INVESTMENT and TRUSTS – income, value, transactions                    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 378 | Merck & Co Inc (common) | | | | | Partial Sale | 11/12 | J | None | |
| 379 | Merck & Co Inc (common) | | | | | Partial Sale | 11/23 | J | None | |
| 380 | MetLife Inc (common) | | | | | Partial Sale | 04/02 | J | None | |
| 381 | MetLife Inc (common) | | | | | Partial Sale | 04/14 | J | None | |
| 382 | MetLife Inc (common) | | | | | Partial Sale | 05/26 | J | None | |
| 383 | MetLife Inc (common) | | | | | Partial Sale | 06/24 | J | None | |
| 384 | MetLife Inc (common) | | | | | Partial Sale | 08/21 | J | A | |
| 385 | MetLife Inc (common) | | | | | Partial Sale | 11/13 | J | A | |
| 386 | MetLife Inc (common) | | | | | Partial Sale | 12/15 | J | A | |
| 387 | Microsoft Corp (common) | | | | | Buy | 04/01 | J | | |
| 388 | Microsoft Corp (common) | | | | | Buy | 04/13 | J | | |
| 389 | Microsoft Corp (common) | | | | | Partial Sale | 04/30 | J | A | |
| 390 | Microsoft Corp (common) | | | | | Partial Sale | 05/07 | J | None | |
| 391 | Microsoft Corp (common) | | | | | Partial Sale | 09/16 | J | A | |
| 392 | Microsoft Corp (common) | | | | | Buy | 10/30 | J | | |
| 393 | Molson Coors Brewing Co (common) | | | | | Buy | 02/11 | J | | |
| 394 | Molson Coors Brewing Co (common) | | | | | Sell | 05/05 | J | A | |
| 395 | Monsanto Co (common) | | | | | Partial Sale | 02/06 | J | A | |
| 396 | Monsanto Co (common) | | | | | Partial Sale | 03/30 | J | A | |
| 397 | Monsanto Co (common) | | | | | Partial Sale | 05/28 | J | A | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 23    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 398 Monsanto Co (common) | | | | | Partial Sale | 05/29 | J | A | |
| 399 Monsanto Co (common) | | | | | Partial Sale | 06/04 | J | A | |
| 400 Monsanto Co (common) | | | | | Partial Sale | 06/26 | J | A | |
| 401 Monsanto Co (common) | | | | | Partial Sale | 07/22 | J | A | |
| 402 Monsanto Co (common) | | | | | Partial Sale | 08/06 | J | A | |
| 403 Monsanto Co (common) | | | | | Sell | 08/24 | J | A | |
| 404 Morgan Stanley (common) | | | | | Partial Sale | 04/01 | J | None | |
| 405 Morgan Stanley (common) | | | | | Partial Sale | 04/13 | J | None | |
| 406 Morgan Stanley (common) | | | | | Partial Sale | 06/18 | J | None | |
| 407 Morgan Stanley (common) | | | | | Buy | 10/16 | J | | |
| 408 Morgan Stanley (common) | | | | | Buy | 12/01 | J | | |
| 409 Motorola Inc (common) | | | | | Buy | 04/15 | J | | |
| 410 Motorola Inc (common) | | | | | Partial Sale | 08/04 | J | None | |
| 411 National-Oilwell (common) | | | | | Buy | 05/28 | J | | |
| 412 Netapp (common) | | | | | Buy | 04/21 | J | | |
| 413 Netapp Inc (common) | | | | | Sell | 05/29 | J | None | |
| 414 News Corp Inc (common) | | | | | Buy | 01/30 | J | | |
| 415 News Corp Inc (common) | | | | | Buy | 04/23 | J | | |
| 416 News Corp Inc (common) | | | | | Buy | 06/29 | J | | |
| 417 News Corp Inc (common) | | | | | Partial Sale | 09/22 | J | A | |
| 418 Nexen Inc (common) | | | | | Buy | 06/11 | J | | |
| 419 Nexen Inc (common) | | | | | Buy | 07/13 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 24    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 420 | Nike Corp (common) | | | | | Sell | 08/27 | J | None | |
| 421 | Nokia Corp-Spon ADR (common) | | | | | Buy | 01/27 | J | | |
| 422 | Nokia Corp-Spon ADR (common) | | | | | Buy | 02/05 | J | | |
| 423 | Nokia Corp-Spon ADR (common) | | | | | Buy | 02/10 | J | | |
| 424 | Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 04/21 | J | None | |
| 425 | Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 07/1 | J | None | |
| 426 | Northrop Grumman Corp (common) | | | | | Buy | 04/07 | J | | |
| 427 | Northrop Grumman Corp (common) | | | | | Buy | 08/14 | J | | |
| 428 | Nucor Corp (common) | | | | | Buy | 05/06 | J | | |
| 429 | Nucor Corp (common) | | | | | Sell | 09/11 | J | None | |
| 430 | Nvidia Corp (common) | | | | | Partial Sale | 04/01 | J | None | |
| 431 | Nvidia Corp (common) | | | | | Sell | 06/05 | J | None | |
| 432 | NVR Inc (common) | | | | | Buy | 07/28 | J | | |
| 433 | NVR Inc (common) | | | | | Buy | 08/25 | J | | |
| 434 | NVR Inc (common) | | | | | Buy | 10/05 | J | | |
| 435 | Occidental Petroleum Corp (common) | | | | | Buy | 02/03 | J | | |
| 436 | Occidental Petroleum Corp (common) | | | | | Buy | 06/25 | J | | |
| 437 | Occidental Petroleum Corp (common) | | | | | Buy | 06/29 | J | | |
| 438 | Occidental Petroleum Corp (common) | | | | | Buy | 07/23 | J | | |
| 439 | Occidental Petroleum Corp (common) | | | | | Buy | 09/21 | J | | |
| 440 | Occidental Petroleum Corp (common) | | | | | Buy | 10/13 | J | | |
| 441 | Occidental Petroleum Corp (common) | | | | | Partial Sale | 10/29 | J | A | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)      U=Book Value | V=Other | W=Estimate | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/13/10 |

VII. Page 25    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.  Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442 Office Depot Inc (common) | | | | | Buy | 10/09 | J | | |
| 443 Paccar Inc (common) | | | | | Buy | 04/07 | J | | |
| 444 Paccar Inc (common) | | | | | Sell | 05/14 | J | None | |
| 445 Pepsico Inc (common) | | | | | Buy | 04/15 | J | | |
| 446 Pepsico Inc (common) | | . | | | Partial Sale | 05/14 | J | None | |
| 447 Pepsico Inc (common) | | | | | Buy | 08/10 | J | | |
| 448 Pepsico Inc (common) | | | | | Partial Sale | 10/16 | J | None | |
| 449 Petroleo Brasileiro (common) | | | | | Buy | 06/01 | J | | |
| 450 Petroleo Brasileiro (common) | | | | | Buy | 09/23 | J | | |
| 451 Petroleo Brasileiro (common) | | | | | Buy | 09/25 | J | | |
| 452 Petroleo Brasileiro (common) | | | | | Partial Sale | 11/24 | J | A | |
| 453 Petroleo Brasileiro (common) | | | | | Sell | 11/25 | J | A | |
| 454 Pfizer Inc (common) | | | | | Partial Sale | 04/09 | J | None | |
| 455 Pfizer Inc (common) | | | | | Buy | 08/14 | J | | |
| 456 Philip Morris Int'l (common) | | | | | Partial Sale | 04/21 | J | A | |
| 457 Philip Morris Int'l (common) | | | | | Partial Sale | 04/28 | J | None | |
| 458 Philip Morris Int'l (common) | | | | | Partial Sale | 05/01 | J | None | |
| 459 Philip Morris Int'l (common) | | | | | Partial Sale | 06/05 | J | None | |
| 460 Philip Morris Int'l (common) | | | | | Partial Sale | 06/12 | J | None | |
| 461 Philip Morris Int'l (common) | | | | | Partial Sale | 06/22 | J | None | |
| 462 Philip Morris Int'l (common) | | | | | Sell | 07/27 | J | None | |
| 463 Principal Financial Group (common) | | | | | Buy | 10/19 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1- $1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 26    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 464 | Procter & Gamble Co (common) | | | | | Partial Sale | 01/14 | J | None | |
| 465 | Procter & Gamble Co (common) | | | | | Buy | 04/15 | J | | |
| 466 | Procter & Gamble Co (common) | | | | | Partial Sale | 07/10 | J | A | |
| 467 | Procter & Gamble Co (common) | | | | | Partial Sale | 08/06 | J | None | |
| 468 | Procter & Gamble Co (common) | | | | | Partial Sale | 09/10 | J | A | |
| 469 | Procter & Gamble Co (common) | | | | | Partial Sale | 11/17 | J | A | |
| 470 | Procter & Gamble Co (common) | | | | | Sell | 12/15 | J | B | |
| 471 | Pulte Homes Inc (common) | | | | | Buy | 08/11 | J | | |
| 472 | Qualcomm Inc (common) | | | | | Buy | 01/23 | J | | |
| 473 | Qualcomm Inc (common) | | | | | Buy | 04/15 | | | |
| 474 | Quanta Services Inc (common) | | | | | Buy | 08/24 | J | | |
| 475 | RRI Energy fka Reliant Energy (common) | | | | | | | | | |
| 476 | Research in Motion (common) | | | | | | | | | Should have been listed as full sell on 2008 Report. line 365 |
| 477 | Rio Tinto (common) | | | | | Buy | 09/16 | J | | |
| 478 | Rio Tinto (common) | | | | | Sell | 11/25 | J | A | |
| 479 | Royal Dutch Shell PLC-ADR (common) | | | | | Partial Sale | 03/30 | J | None | |
| 480 | Royal Dutch Shell PLC-ADR (common) | | | | | Partial Sale | 04/29 | J | None | |
| 481 | Royal Dutch Shell PLC-ADR (common) | | | | | Sell | 07/13 | J | None | |
| 482 | Safeway Inc (common) | | | | | Sell | 07/28 | J | None | |
| 483 | Sanofi Synthelabo (common) | | | | | Sell | 05/26 | J | None | |
| 484 | Schering-Plough Corp (common) | | | | | Partial Sale | 01/27 | J | None | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J- $15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O-500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 27    INVESTMENT and TRUSTS – income, value, transactions       *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 485 | Schering-Plough Corp (common) | | | | | Buy | 04/30 | J | | |
| 486 | Schering-Plough Corp (common) | | | | | Sell | 11/04 | J | A | |
| 487 | Schlumberger Ltd (common) | | | | | Partial Sale | 12/16 | J | None | |
| 488 | Schwab (Charles) Corp (common) | | | | | Sell | 07/15 | J | A | |
| 489 | Smithfield Foods Inc (common) | | | | | Buy | 06/22 | J | | |
| 490 | Sprint Nextel Corp (common) | | | | | Partial Sale | 01/28 | J | None | |
| 491 | Sprint Nextel Corp (common) | | | | | Buy | 07/30 | J | | |
| 492 | Sprint Nextel Corp (common) | | | | | Buy | 08/10 | J | | |
| 493 | Sprint Nextel Corp (common) | | | | | Buy | 10/28 | J | | |
| 494 | SPX Corp (common) | | | | | Buy | 06/30 | J | | |
| 495 | Steel Dynamics Inc (common) | | | | | Buy | 11/20 | J | | |
| 496 | Suncor Energy (common) | | | | | Buy | 10/13 | J | | |
| 497 | Supervalu Inc (common) | | | | | Partial Sale | 04/06 | J | None | |
| 498 | Supervalu Inc (common) | | | | | Buy | 10/16 | J | | |
| 499 | Supervalu Inc (common) | | | | | Buy | 12/02 | J | | |
| 500 | Symantec Corp (common) | | | | | Buy | 04/08 | J | | |
| 501 | Symantec Corp (common) | | | | | Buy | 10/30 | J | | |
| 502 | Taiwan Semiconductor (common) | | | | | Buy | 05/06 | J | | |
| 503 | Taiwan Semiconductor (common) | | | | | Buy | 05/07 | J | | |
| 504 | Taiwan Semiconductor (common) | | | | | Sell | 11/11 | J | None | |
| 505 | Target Corp (common) | | | | | Buy | 04/15 | J | | |
| 506 | Target Corp (common) | | | | | Buy | 06/23 | J | | |

1 Inc/Gain Codes: A=1,000 or less      B=$1,001-$2,500      C=2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H1=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000      P1=$1,000,001-$5,000,000      P2=$5,000,001-$25,000,000      P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market
(col C2)      U=Book Value      V=Other      W=Estimate

VII. Page 28    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 507 | Target Corp (common) | | | | | Buy | 06/25 | J | | |
| 508 | Target Corp (common) | | | | | Buy | 10/13 | J | | |
| 509 | Target Corp (common) | | | | | Buy | 10/26 | J | | |
| 510 | Teva Pharmaceutical-SP ADR (common) | | | | | Partial Sale | 04/30 | J | None | |
| 511 | Teva Pharmaceutical-SP ADR (common) | | | | | Partial Sale | 05/07 | J | None | |
| 512 | Teva Pharmaceutical-SP ADR (common) | | | | | Partial Sale | 10/23 | J | A | |
| 513 | Textron Inc (common) | | | | | Partial Sale | 01/30 | J | None | |
| 514 | Textron Inc (common) | | | | | Buy | 07/14 | J | | |
| 515 | The Walt Disney Co (common) | | | | | Buy | 04/21 | J | | |
| 516 | The Walt Disney Co (common) | | | | | Partial Sale | 05/29 | J | A | |
| 517 | The Walt Disney Co (common) | | | | | Partial Sale | 07/20 | J | A | |
| 518 | The Walt Disney Co (common) | | | | | Partial Sale | 08/03 | J | A | |
| 519 | Time Warner Cable (common) | | | | | Buy | 04/07 | J | | |
| 520 | Time Warner Cable (common) | | | | | Buy | 04/15 | J | | |
| 521 | Time Warner Cable (common) | | | | | Buy | 05/05 | J | | |
| 522 | Time Warner Cable (common) | | | | | Partial Sale | 09/09 | J | A | |
| 523 | Time Warner Cable (common) | | | | | Buy | 12/16 | J | | |
| 524 | Time Warner Inc (common) | | | | | Buy | 01/07 | J | | |
| 525 | Time Warner Inc (common) | | | | | Buy | 04/23 | J | | |
| 526 | Time Warner Inc (common) | | | | | Buy | 06/16 | J | | |
| 527 | Time Warner Inc (common) | | | | | Partial Sale | 12/16 | J | None | |
| 528 | TJX Companies Inc (common) | | | | | Sell | 05/15 | J | A | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 08/13/10 |

VII. Page 29    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 529 | Torchmark (common) | | | | | Buy | 05/04 | J | | |
| 530 | Torchmark (common) | | | | | Sell | 08/03 | J | A | |
| 531 | Toyota Motor Corp (common) | | | | | Partial Sale | 01/14 | J | None | |
| 532 | Toyota Motor Corp (common) | | | | | Partial Sale | 04/21 | J | None | |
| 533 | Toyota Motor Corp (common) | | | | | Partial Sale | 04/24 | J | None | |
| 534 | Toyota Motor Corp (common) | | | | | Buy | 05/27 | J | | |
| 535 | Toyota Motor Corp (common) | | | | | Partial Sale | 09/22 | J | A | |
| 536 | Travelers Co Inc (common) | | | | | Partial Sale | 03/30 | J | None | |
| 537 | Travelers Co Inc (common) | | | | | Sell | 06/05 | J | None | |
| 538 | Travelers Co Inc (common) | | | | | Partial Sale | 06/29 | J | None | |
| 539 | Tyco Electronics Ltd (common) | | | | | Buy | 04/30 | J | | |
| 540 | Tyco Electronics Ltd (common) | | | | | Buy | 05/21 | J | | |
| 541 | Tyco Electronics Ltd (common) | | | | | Buy | 08/10 | J | | |
| 542 | Tyco Electronics Ltd (common) | | | | | Buy | 11/25 | J | | |
| 543 | Tyson Foods Inc (common) | | | | | Partial Sale | 06/23 | J | None | |
| 544 | Tyson Foods Inc (common) | | | | | Sell | 08/04 | J | A | |
| 545 | Union Pacific Corp (common) | | | | | Partial Sale | 01/05 | J | None | |
| 546 | Union Pacific Corp (common) | | | | | Buy | 05/01 | J | | |
| 547 | Union Pacific Corp (common) | | | | | Partial Sale | 11/04 | J | A | |
| 548 | Union Pacific Corp (common) | | | | | Partial Sale | 12/03 | J | A | |
| 549 | United Parcel Services (comon) | | | | | Buy | 09/17 | J | | |
| 550 | United Technologies Corp (common) | | | | | Buy | 09/11 | J | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 30    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 551 United Technologies Corp (common) | | | | | Sell | 11/19 | J | A | |
| 552 Unum Group (common) | | | | | Buy | 04/22 | J | | |
| 553 US Bancorp (common) | | | | | Buy | 05/18 | J | | |
| 554 US Bancorp (common) | | | | | Buy | 05/21 | J | | |
| 555 US Bancorp (common) | | | | | Buy | 10/05 | J | | |
| 556 US Bancorp (common) | | | | | Partial Sale | 11/18 | J | A | |
| 557 Vale SA (common) | | | | | Buy | 11/27 | J | | |
| 558 Valero Energy Corp (common) | | | | | Buy | 07/15 | J | | |
| 559 Valero Energy Corp (common) | | | | | Buy | 07/30 | J | | |
| 560 Valero Energy Corp (common) | | | | | Buy | 08/19 | J | | |
| 561 Verizon Communications Inc (common) | | | | | Partial Sale | 01/30 | J | None | |
| 562 Verizon Communications Inc (common) | | | | | Sell | 02/11 | J | None | |
| 563 Vertex Pharmaceuticals Inc (common) | | | | | Buy | 11/16 | J | | |
| 564 Viacom Inc (common) | | | | | | | | | |
| 565 VISA Inc (common) | | | | | Buy | 04/21 | J | | |
| 566 VISA Inc (common) | | | | | Buy | 05/06 | J | | |
| 567 VISA Inc (common) | | | | | Partial Sale | 10/06 | J | A | |
| 568 Vodafone Group PLC (common) | | | | | Buy | 04/29 | J | | |
| 569 Vodafone Group PLC (common) | | | | | Buy | 07/21 | J | | |
| 570 Wal-Mart Stores (common) | | | | | Partial Sale | 04/28 | J | None | |
| 571 Wal-Mart Stores (common) | | | | | Partial Sale | 10/21 | J | None | |
| 572 Wells Fargo & Co (common) | | | | | Buy | 02/10 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=$500,000-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 31    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 573 | Wells Fargo & Co (common) | | | | | Partial Sale | 03/10 | J | None | |
| 574 | Wells Fargo & Co (common) | | | | | Buy | 05/08 | J | | |
| 575 | Wells Fargo & Co (common) | | | | | Buy | 11/25 | J | | |
| 576 | Wells Fargo & Co (common) | | | | | Buy | 12/17 | J | | |
| 577 | Western Digital Corp (common) | | | | | Partial Sale | 05/20 | J | None | |
| 578 | Western Digital Corp (common) | | | | | Partial Sale | 05/29/09 | J | None | |
| 579 | Wyeth (common) | | | | | Sell | 04/09 | J | None | |
| 580 | XL Capital Ltd (common) | | | | | | | | | |
| 581 | **S2** | C | Dividend & Capital Gains | N | T | | | | | |
| 582 | DFA Large Cap International Fund | | | | | Sell | 02/17 | J | None | Should have been listed as partial sale on 2008 report, line 471 |
| 583 | DFA Emerging Market Core Equity Fund | | | | | Sell | 05/08 | J | None | |
| 584 | DFA US Vector Equity Fund | | | | | Buy | 01/26 | J | | |
| 585 | DFA US Vector Equity Fund | | | | | Sell | 05/08 | J | A | |
| 586 | Financial Select Sector SPDR ETF | | | | | Sell | 01/21 | J | None | |
| 587 | Greenfield Commercial Credit LLC | | | | | | | | | |
| 588 | Hussman Strategic Growth Fund | | | | | Buy | 02/18 | J | | |
| 589 | iShares S&P 500/Barra Growth Fund | | | | | Sell | 05/08 | J | None | |
| 590 | Lincoln National (common) | | | | | | | | | |
| 591 | Marketfield Fund | | | | | Sell | 05/08 | J | A | |
| 592 | Matthews Asian Growth and Income Fund | | | | | Sell | 05/08 | J | A | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)  U=Book Value | V=Other | W=Estimate | |

VII. Page 32     INVESTMENT and TRUSTS – income, value, transactions                 *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale, merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 593 | Third Avenue Value Fund | | | | | Sell | 05/08 | J | None | |
| 594 | Tweedy Browne Global Value Fund | | | | | Sell | 05/08 | J | None | |
| 595 | **IRA1** | C | Dividend & Capital Gains | N | T | | | | | |
| 596 | Artio Global High Income Fund | | | | | Sell | 05/18 | J | A | |
| 597 | DFA Emerging Market Core Equity | | | | | | | | | |
| 598 | DFA Large Cap Int'l | | | | | Sell | 02/17 | J | None | |
| 599 | DFA US Large Cap Value Fund | | | | | Sell | 02/27 | K | None | |
| 600 | DFA US Vector Equity | | | | | Buy | 01/26 | J | | |
| 601 | Financial Select Sector SPDR ETF | | | | | Sell | 01/21 | J | None | |
| 602 | Hennessy Focus 30 - Inst'l Shs | | | | | | | | | |
| 603 | Hodges Small Cap | | | | | | | | | |
| 604 | Hussman Strategic Growth | | | | | Buy | 02/18 | J | | |
| 605 | Hussman Strategic Growth | | | | | Buy | 03/02 | K | | |
| 606 | iShares S&P 500 Growth Index Fund | | | | | | | | | |
| 607 | iShares TR Russell2000 Growth Index Fund | | | | | | | | | |
| 608 | Marketfield Fund | | | | | | | | | |
| 609 | Matthews Asian Growth & Income Fund | | | | | | | | | |
| 610 | Third Avenue Value | | | | | | | | | |
| 611 | Tweedy Browne Global Value Fund | | | | | | | | | |
| 612 | Vanguard Consumer Staples Fund | | | | | Buy | 05/19 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1- $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4-$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 33    INVESTMENT and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613 **IRA2** | B | Dividend & Capital Gains | K | T | | | | | |
| 614 Artio Global High Income Fund | | | | | Sell | 05/18 | J | A | |
| 615 Marketfield Fund | | | | | | | | | |
| 616 Matthews Asian Growth & Income Fund | | | | | | | | | |
| 617 Vanguard Consumer Staples Fund | | | | | Buy | 05/19 | J | | |
| 618 **FR1** | D | Dividends & Capital Gains | M | T | | | | | |
| 619 Artio Total Return Bond Fund | | | | | Sell | 06/15 | K | None | |
| 620 Artio Total Return Bond Fund | | | | | Buy | 09/22 | J | | |
| 621 Artio Total Return Bond Fund | | | | | Partial Sale | 11/30 | J | A | |
| 622 DFA 2-yr Global Fixed Income | | | | | Buy | 09/21 | K | | |
| 623 DFA Emerging Market Core Equity Fund | | | | | Partial Sale | 09/21 | J | B | |
| 624 DFA Large Cap International Fund | | | | | Sell | 02/17 | J | None | |
| 625 DFA US Large Cap Value Fund | | | | | Sell | 02/27 | J | None | |
| 626 DFA US Vector Equity | | | | | Buy | 09/24 | J | | |
| 627 Fidelity Cash Reserves Fund | | | | | | | | | |
| 628 Financial Select Sector SPDR ETF | | | | | Sell | 01/21 | J | None | |
| 629 Goldman Core Fixed Income Fund | | | | | Sell | 01/21 | K | None | |
| 630 Hennessy Focus 30 Fund | | | | | Partial Sale | 09/21 | J | C | Should have been listed as partial sale on 2007 report, line 454 |
| 631 Hodges Small Cap | | | | | Buy | 09/21 | J | | |

1 Inc/Gain Codes: A=1,000 or less   B=$1,001-$2,500   C=2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col B1, D4)   F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(col C2)   U=Book Value   V=Other   W=Estimate

VII. Page 34    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 632 | Hussman Strategic Growth Fund | | | | | Sell | 09/21 | J | A | |
| 633 | iShares S&P 500/Barra Growth Fund | | | | | Partial Sale | 09/21 | J | None | |
| 634 | iShares TR Russell 2000 Growth Index Fund | | | | | Partial Sale | 09/21 | J | None | |
| 635 | Lincoln National (common) | | | | | | | | | |
| 636 | Marketfield Fund | | | | | Partial Sale | 09/21 | J | B | |
| 637 | Matthews Asian Growth & Income Fund | | | | | Partial Sale | 09/21 | J | B | |
| 638 | Pimco Total Return | | | | | Buy | 01/22 | K | | |
| 639 | Pimco Total Return | | | | | Sell | 09/16 | K | A | |
| 640 | Pimco Total Return | | | | | Buy | 09/21 | J | | |
| 641 | Pimco Total Return | | | | | Partial Sale | 11/30 | J | A | |
| 642 | Third Avenue Value Fund | | | | | Partial Sale | 09/21 | J | None | |
| 643 | Tweedy Browne Global Value Fund | | | | | Partial Sale | 09/21 | J | None | |
| 644 | Vanguard Consumer Staples | | | | | | 09/24 | J | | |
| 645 | Vanguard Fixed Inc Sh Term Corp | | | | | Buy | 09/22 | K | | |
| 646 | **FR2** (previously FR3) | C | Dividend & Capital Gains | N | T | | | | | |
| 647 | Artio Global High Income Fund | | | | | Partial Sale | 05/08 | J | A | |
| 648 | Artio Global High Income Fund | | | | | Sell | 05/18 | J | A | |
| 649 | CUB Investment Partnership | | | | | | | | | |
| 650 | DFA Emerging Market Core Equity | | | | | Partial Sale | 05/08 | J | None | |
| 651 | DFA Large Cap International Fund | | | | | Sell | 02/17 | J | None | |
| 652 | DFA US Large Cap Value Fund | | | | | Sell | 02/27 | K | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 35  INVESTMENT and TRUSTS – income, value, transactions        *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 653 | DFA US Vector Equity Fund | | | | | | | | | |
| 654 | Financial Select Sector SPDR ETF | | | | | Sell | 01/21 | J | None | |
| 655 | Greenfield Commercial Credit (common) | | | | | | | | | |
| 656 | Hennessy Focus 30 Fund | | | | | Partial Sale | 05/08 | J | None | |
| 657 | Hodges Small Cap Fund | | | | | | | | | |
| 658 | Hussman Strategic Growth Fund | | | | | Buy | 02/18 | J | | |
| 659 | Hussman Strategic Growth Fund | | | | | Buy | 03/02 | K | | |
| 660 | iShares S&P 500/Barra Growth Index Fund | | | | | Partial Sale | 05/08 | J | None | |
| 661 | iShares TR Russell2000 Growth Index Fund | | | | | | | | | |
| 662 | Lincoln National (common) | | | | | | | | | |
| 663 | Marketfield Fund | | | | | Partial Sale | 05/08 | J | A | |
| 664 | Matthews Asian Growth and Income Fund | | | | | Partial Sale | 05/08 | J | A | |
| 665 | Third Avenue Value Fund | | | | | Partial Sale | 05/08 | J | None | |
| 666 | Tweedy Browne Global Value Fund | | | | | Partial Sale | 05/08 | J | None | |
| 667 | Vanguard Consumer Staples Fund | | | | | Buy | 05/19 | J | | |
| 668 | **FR3** (previously FR4) | D | Dividend & Capital Gains | N | T | | | | | |
| 669 | BP PLC Sponsored ADR | | | | | | | | | |
| 670 | Lincoln National (common) | | | | | | | | | |
| 671 | Nisource (common) | | | | | | | | | |
| 672 | Fidelity Spartan Florida Municipal Income Fund | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)     F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)        U=Book Value | V=Other | W=Estimate | |

VII. Page 36    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 673 | Fidelity  Fund (MM) | | | | | | | | | |
| 674 | FR4 (previously FR5) | F | Dividend & Capital Gains | P1 | T | | | | | |
| 675 | Abbott Laboratories (common) | | | | | Partial Sale | 03/24 | J | None | |
| 676 | Abbott Laboratories (common) | | | | | Partial Sale | 04/08 | J | None | |
| 677 | Abbott Laboratories (common) | | | | | Partial Sale | 04/16 | J | None | |
| 678 | Abbott Laboratories (common) | | | | | Partial Sale | 04/28 | J | None | |
| 679 | Abbott Laboratories (common) | | | | | Sell | 05/20 | J | None | |
| 680 | Ace Limited (common) | | | | | Buy | 03/27 | J | | |
| 681 | Ace Limited (common) | | | | | Buy | 04/17 | J | | |
| 682 | Activision Blizzard Inc (common) | | | | | Sell | 02/17 | J | None | |
| 683 | Aetna, Inc (common) | | | | | Buy | 09/29 | J | | |
| 684 | Aetna, Inc (common) | | | | | Buy | 09/30 | J | | |
| 685 | Aetna, Inc (common) | | | | | Buy | 10/14 | J | | |
| 686 | Aetna, Inc (common) | | | | | Partial Sale | 11/09 | J | None | |
| 687 | Aflac Inc (common) | | | | | Sell | 02/02 | J | None | |
| 688 | Air Products & Chemicals Inc (common) | | | | | Buy | 06/25 | J | | |
| 689 | Air Products & Chemicals Inc (common) | | | | | Buy | 11/12 | J | | |
| 690 | Air Products & Chemicals Inc (common) | | | | | Buy | 11/30 | J | | |
| 691 | AK Steel Holding Corp (common) | | | | | Buy | 08/25 | J | | |
| 692 | AK Steel Holding Corp (common) | | | | | Buy | 10/28 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes.    J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 37    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale, merger,<br>redemption | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 693  Alcon Inc (common) | | | | | Buy | 07/21 | J | | |
| 694  Alcon Inc (common) | | | | | Buy | 07/28 | J | | |
| 695  Alcon Inc (common) | | | | | Buy | 08/04 | J | | |
| 696  Alcon Inc (common) | | | | | Buy | 09/24 | J | | |
| 697  Alcon Inc (common) | | | | | Buy | 10/13 | J | | |
| 698  Alcon Inc (common) | | | | | Buy | 11/02 | J | | |
| 699  Alcon Inc (common) | | | | | Buy | 12/21 | J | | |
| 700  Alcon Inc (common) | | | | | Partial Sale | 01/23 | J | None | |
| 701  Alcon Inc (common) | | | | | Partial Sale | 05/07 | J | None | |
| 702  Alliance Bernstein Cash | | | | | | | | | |
| 703  Allstate Corp (common) | | | | | Partial Sale | 05/04 | J | None | |
| 704  Allstate Corp (common) | | | | | Partial Sale | 06/02 | J | None | |
| 705  Allstate Corp (common) | | | | | Partial Sale | 12/02 | J | None | |
| 706  Altera Corp (common) | | . | | | Buy | 07/27 | J | | |
| 707  Altera Corp (common) | | | | | Partial Sale | 10/29 | J | None | |
| 708  Altera Corp (common) | | | | | .. Sell | 11/05 | J | None | |
| 709  Altria Corp (common) | | | | | Buy | 04/09 | J | | |
| 710  Altria Corp (common) | | . | | | Buy | 07/10 | J | | |
| 711  Altria Corp (common) | | | | | Buy | 07/13 | J | | |
| 712  Altria Corp (common) | | | | | Buy | 08/04 | J | | |
| 713  Altria Corp (common) | | | | | Partial Sale | 05/14 | J | None | |
| 714  Altria Corp (common) | | | | | Partial Sale | 09/10 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000      E=$15,001-$50,000 |
|---|
| (Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more |
| 2 Val Codes:  J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes:  Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market |
| (col C2)      U=Book Value      V=Other      W=Estimate |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 38    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715 | Amazon Com Inc (common) | | | | | Buy | 05/21 | J | | |
| 716 | American Int'l Group, Inc (common) | | | | | Sell | 03/18 | J | None | |
| 717 | American Tower Corp (common) | | | | | Buy | 07/10 | J | | |
| 718 | American Tower Corp (common) | | | | | Sell | 03/18 | J | A | |
| 719 | Ameriprise Financial Inc (common) | | | | | Buy | 10/26 | J | | |
| 720 | Amgen Inc (common) | | | | | Buy | 04/07 | J | | |
| 721 | Amgen Inc (common) | | | | | Partial Sale | 06/25 | J | A | |
| 722 | Amgen Inc (common) | | | | | Sell | 07/13 | J | A | |
| 723 | Anheuser-Bush Inbev (common) | | | | | Buy | 11/12 | J | | |
| 724 | AOL Inc (common) | | | | | Buy | 01/12 | J | | |
| 725 | AOL Inc (common) | | | | | Buy | 08/14 | J | | |
| 726 | Apache Corp (common) | | | | | Buy | 03/31 | J | | |
| 727 | Apache Corp (common) | | | | | Buy | 04/23 | J | | |
| 728 | Apache Corp (common) | | | | | Partial Sale | 07/17 | J | None | |
| 729 | Apache Corp (common) | | | | | Partial Sale | 08/07 | J | A | |
| 730 | Apache Corp (common) | | | | | Partial Sale | 09/17 | J | None | |
| 731 | Apache Corp (common) | | | | | Partial Sale | 09/30 | J | A | |
| 732 | Apache Corp (common) | | | | | Partial Sale | 10/12 | J | B | |
| 733 | Apache Corp (common) | | | | | Partial Sale | 10/22 | J | A | |
| 734 | Apache Corp (common) | | | | | Sell | 11/03 | J | None | |
| 735 | Apple Computer Inc (common) | | | | | Partial Sale | 01/06 | J | None | |
| 736 | Apple Computer Inc (common) | | | | | Partial Sale | 01/15 | J | None | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 39    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 737 Apple Computer Inc (common) | | | | | Partial Sale | 09/21 | J | None | |
| 738 Arcelormittal-SA Luxembourg (common) | | | | | Buy | 06/02 | J | | |
| 739 Arcelormittal-NY Registered (common) | | | | | Buy | 08/05 | J | | |
| 740 Archer-Daniels Midland Co (common) | | | | | Buy | 01/06 | J | | |
| 741 Archer-Daniels Midland Co (common) | | | | | Buy | 01/20 | J | | |
| 742 AT&T Inc (common) | | | | | Buy | 04/15 | J | | |
| 743 AT&T Inc (common) | | | | | Buy | 06/17 | J | | |
| 744 AT&T Inc (common) | | | | | Buy | 06/23 | J | | |
| 745 AT&T Inc (common) | | | | | Buy | 06/25 | J | | |
| 746 AT&T Inc (common) | | | | | Buy | 08/06 | J | | |
| 747 AT&T Inc (common) | | | | | Partial Sale | 01/27 | J | None | |
| 748 AT&T Inc (common) | | | | | Partial Sale | 12/08 | J | None | |
| 749 Autoliv Inc (common) | | | | | Sell | 07/21 | J | None | |
| 750 Bank New York Mellon (common) | | | | | Buy | 04/20 | J | | |
| 751 Bank of America Corp (common) | | | | | Buy | 01/07 | J | | |
| 752 Bank of America Corp (common) | | | | | Buy | 08/31 | J | | |
| 753 Bank of America Corp (common) | | | | | Buy | 12/07 | J | | |
| 754 Bank of America Corp (common) | | | | | Buy | 12/09 | J | | |
| 755 Bank of America Corp (common) | | | | | Partial Sale | 03/20 | J | None | |
| 756 Baxter International Inc (common) | | | | | Partial Sale | 05/12 | J | None | |
| 757 Baxter International Inc (common) | | | | | Partial Sale | 09/09 | J | None | |
| 758 BB&T Corp (common) | | | | | Buy | 09/30 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2) U=Book Value | V=Other | W=Estimate | |

VII. Page 40    INVESTMENT and TRUSTS – income, value, transactions     *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 759 | BB&T Corp (common) | | | | | Buy | 10/05 | J | | |
| 760 | BB&T Corp (common) | | | | | Buy | 10/26 | J | | |
| 761 | Becton Dickinson & Co (common) | | | | | Partial Sale | 05/01 | J | None | |
| 762 | Becton Dickinson & Co (common) | | | | | Sell | 05/05 | J | None | |
| 763 | Bernstein Emerging Markets Portfolio | | | | | | | | | |
| 764 | Bernstein Tax-managed Int'l Portfolio | | | | | Buy | 01/26 | J | | |
| 765 | Black & Decker Corp (common) | | | | | Partial Sale | 02/03 | J | None | |
| 766 | Black & Decker Corp (common) | | | | | Buy | 09/14 | J | | |
| 767 | Black & Decker Corp (common) | | | | | Sell | 12/30 | J | B | |
| 768 | BP PLC (common) | | | | | Partial Sale | 01/30 | J | None | |
| 769 | BP PLC (common) | | | | | Sell | 10/02 | J | None | |
| 770 | Bristol-Myers Squibb Co (common) | | | | | Sell | 07/20 | J | A | |
| 771 | Broadcom Corp (common) | | | | | Buy | 11/10 | J | | |
| 772 | Bunge Ltd (common) | | | | | Partial Sale | 04/08 | J | A | |
| 773 | Bunge Ltd (common) | | | | | Partial Sale | 04/13 | J | A | |
| 774 | Cameron International (common) | | | | | Buy | 04/23 | J | | |
| 775 | Capital One Financial Corp (common) | | | | | Buy | 01/16 | J | | |
| 776 | Capital One Financial Corp (common) | | | | | Partial Sale | 07/17 | J | A | |
| 777 | Capital One Financial Corp (common) | | | | | Partial Sale | 10/07 | J | B | |
| 778 | Capital One Financial Corp (common) | | | | | Sell | 10/23 | J | B | |
| 779 | Cardinal Health Inc (common) | | | | | Partial Sale | 05/27 | J | None | |
| 780 | Cardinal Health Inc (common) | | | | | Partial Sale | 06/05 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| | | | |
|---|---|---|---|
| 2009 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | | Date of Report<br><br>08/13/10 |

VII. Page 41    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br>Place an "(X)" after each asset exempt from prior disclosure. | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 781 | Cardinal Health Inc (common) | | | | | Partial Sale | 06/30 | J | None | |
| 782 | Cardinal Health Inc (common) | | | | | Sell | 08/03 | J | None | |
| 783 | Caterpillar Inc (common) | | | | | Buy | 05/27 | J | | |
| 784 | Caterpillar Inc (common) | | | | | Buy | 07/14 | J | | |
| 785 | Caterpillar Inc (common) | | | | | Buy | 07/28 | J | | |
| 786 | Caterpillar Inc (common) | | | | | Partial Sale | 03/05 | J | None | |
| 787 | Caterpillar Inc (common) | | | | | Partial Sale | 10/26 | J | B | |
| 788 | Caterpillar Inc (common) | | | | | Partial Sale | 11/13 | J | B | |
| 789 | Caterpillar Inc (common) | | | | | Partial Sale | 12/09 | J | A | |
| 790 | CBS Corp - CL B (common) | | | | | Partial Sale | 11/13 | J | None | |
| 791 | Celgene Corp (common) | | | | | Partial Sale | 05/14 | J | None | |
| 792 | Celgene Corp (common) | | | | | Partial Sale | 08/03 | J | None | |
| 793 | Celgene Corp (common) | | | | | Partial Sale | 10/30 | J | None | |
| 794 | Celgene Corp (common) | | | | | Partial Sale | 12/16 | J | None | |
| 795 | Chevron Corp (common) | | | | | Buy | 03/30 | J | | |
| 796 | Chevron Corp (common) | | | | | Buy | 04/14 | J | | |
| 797 | Chevron Corp (common) | | | | | Partial Sale | 06/10 | J | A | |
| 798 | Chevron Corp (common) | | | | | Partial Sale | 06/16 | J | A | |
| 799 | Chevron Corp (common) | | | | | Partial Sale | 07/10 | J | None | |
| 800 | Chevron Corp (common) | | | | | Partial Sale | 08/10 | J | A | |
| 801 | Chevron Corp (common) | | | | | Partial Sale | 10/16 | J | A | |
| 802 | Chevron Corp (common) | | | | | Partial Sale | 10/19 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Inc/Gain Codes: A=1,000 or less<br>(Col B1, D4)    F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| 2 Val Codes: J=$15,000 or less<br>(Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal<br>(col C2)    U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

| 2009 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H Cleland | 08/13/10 |

VII. Page 42    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 803 | Chevron Corp (common) | | | | | Partial Sale | 10/20 | J | A | |
| 804 | Chevron Corp (common) | | | | | Partial Sale | 10/22 | J | A | |
| 805 | Chevron Corp (common) | | | | | Sell | 06/10 | J | A | |
| 806 | Cimarex Energy Co (common) | | | | | Buy | 08/06 | J | | |
| 807 | Cimarex Energy Co (common) | | | | | Buy | 10/28 | J | | |
| 808 | Cisco Systems (common) | | | | | Buy | 09/22 | J | | |
| 809 | Cisco Systems (common) | | | | | Partial Sale | 05/25 | J | None | |
| 810 | Cisco Systems (common) | | | | | Partial Sale | 07/01 | J | None | |
| 811 | Cisco Systems (common) | | | | | Partial Sale | 08/03 | J | None | |
| 812 | Cisco Systems (common) | | | | | Partial Sale | 11/13 | J | None | |
| 813 | CitiGroup Inc (common) | | | | | Partial Sale | 01/15 | J | None | |
| 814 | CitiGroup Inc (common) | | | | | Sell | 02/20 | J | None | |
| 815 | CME Group Inc(common) | | | | | Partial Sale | 01/14 | J | None | |
| 816 | CME Group Inc(common) | | | | | Partial Sale | 02/06 | J | None | |
| 817 | CME Group Inc(common) | | | | | Partial Sale | 07/07 | J | None | |
| 818 | CME Group Inc(common) | | | | | Partial Sale | 12/21 | J | None | |
| 819 | Coca-Cola Co (common) | | | | | Sell | 09/16 | J | None | |
| 820 | Colgate-Palmolive Co (common) | | | | | Buy | 01/27 | J | | |
| 821 | Colgate-Palmolive Co (common) | | | | | Partial Sale | 04/07 | J | None | |
| 822 | Colgate-Palmolive Co (common) | | | | | Partial Sale | 04/16 | J | None | |
| 823 | Colgate-Palmolive Co (common) | | | | | Partial Sale | 05/05 | J | None | |
| 824 | Colgate-Palmolive Co (common) | | | | | Sell | 11/06 | J | None | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1. D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 43    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 825 | Comcast Corp (common) | | | | | Buy | 12/17 | J | | |
| 826 | Conocophillips (common) | | | | | Buy | 10/02 | J | | |
| 827 | Conocophillips (common) | | | | | Buy | 11/05 | J | | |
| 828 | Conocophillips (common) | | | | | Buy | 11/10 | J | | |
| 829 | Conocophillips (common) | | | | | Buy | 11/17 | J | | |
| 830 | ConocoPhillips (common) | | | | | Partial Sale | 02/03 | J | None | |
| 831 | Cooper Industries (common) | | | | | Buy | 10/12 | J | | |
| 832 | Corning Inc (common) | | | | | Buy | 01/21 | J | | |
| 833 | Corning Inc (common) | | | | | Buy | 09/30 | J | | |
| 834 | Corning Inc (common) | | | | | Partial Sale | 12/16 | J | None | |
| 835 | Costco Wholesale Corp (common) | | | | | Buy | 02/10 | J | | |
| 836 | Costco Wholesale Corp (common) | | | | | Buy | 06/05 | J | | |
| 837 | Costco Wholesale Corp (common) | | | | | Partial Sale | 09/04 | J | None | |
| 838 | Covidien (common) | | | | | Buy | 12/04 | J | | |
| 839 | Covidien (common) | | | | | Buy | 12/07 | J | | |
| 840 | Credit Suisse Group (common) | | | | | Buy | 05/11 | J | | |
| 841 | Credit Suisse Group (common) | | | | | Buy | 09/21 | J | | |
| 842 | Credit Suisse Group (common) | | | | | Buy | 09/22 | J | | |
| 843 | DR Horton Inc (common) | | | | | Buy | 06/16 | J | | |
| 844 | Danaher Corp (common) | · | | | | Buy | 03/31 | J | | |
| 845 | Danaher Corp (common) | | | | | Buy | 05/27 | J | | |
| 846 | Danaher Corp (common) | | | | | Buy | 06/25 | J | | |

1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)        F=$50,000-$100,000        G=$100,001-1,000,000        H=$1,000,001-$5,000,000        H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000        P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)        U=Book Value        V=Other        W=Estimate

VII. Page 44      INVESTMENT and TRUSTS – income, value, transactions      *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 847 Danaher Corp (common) | | | | | Buy | 09/17 | J | | |
| 848 Dean Foods Corp (common) | | | | | Buy | 10/07 | J | | |
| 849 Deere & Co (common) | | | | | Sell | 03/05 | J | None | |
| 850 Dell Inc (common) | | | | | Buy | 01/23 | J | | |
| 851 Dell Inc (common) | | | | | Buy | 07/15 | J | | |
| 852 Dell Inc (common) | | | | | Buy | 08/12 | J | | |
| 853 Dell Inc (common) | | | | | Buy | 11/23 | J | | |
| 854 Dell Inc (common) | | | | | Partial Sale | 02/12 | J | None | |
| 855 Deutsche Bank AG Registered (common) | | | | | Buy | 05/18 | J | | |
| 856 Deutsche Bank AG Registered (common) | | | | | Partial Sale | 04/16 | J | None | |
| 857 Devon Energy Corp (common) | | | | | Buy | 01/28 | J | | |
| 858 Devon Energy Corp (common) | | | | | Buy | 02/04 | J | | |
| 859 Devon Energy Corp (common) | | | | | Buy | 03/30 | J | | |
| 860 Devon Energy Corp (common) | | | | | Buy | 07/15 | J | | |
| 861 Devon Energy Corp (common) | | | | | Buy | 08/10 | J | | |
| 862 Devon Energy Corp (common) | | | | | Buy | 11/18 | J | | |
| 863 Devon Energy Corp (common) | | | | | Partial Sale | 06/01 | J | None | |
| 864 Dominion Resources Inc (common) | | | | | Sell | 01/14 | J | None | |
| 865 DuPont (E.I.) De Nemours (common) | | | | | Buy | 04/09 | J | | |
| 866 DuPont (E.I.) De Nemours (common) | | | | | Buy | 05/26 | J | | |
| 867 DuPont (E.I.) De Nemours (common) | | | | | Buy | 05/28 | J | | |
| 868 DuPont (E.I.) De Nemours (common) | | | | | Buy | 06/24 | J | | |

1 Inc/Gain Codes: A=1,000 or less      B=$1,001-$2,500      C=2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000      P1= $1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal      R=Cost (real estate only)      S=Assessment      T=Cash/Market
(col C2)      U=Book Value      V=Other      W=Estimate

(1)

VII. Page 46    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 891 | EOG Res Inc (common) | | | | | Partial Sale | 07/10 | J | None | |
| 892 | EOG Res Inc (common) | | | | | Partial Sale | 08/03 | J | A | |
| 893 | EOG Res Inc (common) | | | | | Partial Sale | 08/20 | J | A | |
| 894 | EOG Res Inc (common) | | | | | Partial Sale | 10/29 | J | A | |
| 895 | EOG Res Inc (common) | | | | | Sell | 11/16 | J | B | |
| 896 | Ericsson L M Tel Co (common) | | | | | Buy | 01/06 | J | | |
| 897 | Ericsson L M Tel Co (common) | | | | | Partial Sale | 03/24 | J | A | |
| 898 | Ericsson L M Tel Co (common) | | | | | Partial Sale | 06/23 | J | A | |
| 899 | Ericsson L M Tel Co (common) | | | | | Sell | 08/18 | J | B | |
| 900 | Exxon Mobile Corp (common) | | | | | Partial Sale | 07/10 | J | A | |
| 901 | Exxon Mobile Corp (common) | | | | | Partial Sale | 08/14 | J | A | |
| 902 | Exxon Mobile Corp (common) | | | | | Partial Sale | 08/18 | J | A | |
| 903 | Exxon Mobile Corp (common) | | | | | Sell | 10/01 | J | A | |
| 904 | Fedex Corp (common) | | | | | Buy | 08/06 | J | | |
| 905 | Fifth Third Bancorp (common) | | | | | Sell | 03/18 | J | None | |
| 906 | Fluor Corp (common) | | | | | Sell | 09/17 | J | A | |
| 907 | Franklin Resources Inc (common) | | | | | Buy | 11/05 | J | | |
| 908 | Franklin Resources Inc (common) | | | | | Buy | 11/10 | J | | |
| 909 | Franklin Resources Inc (common) | | | | | Buy | 11/12 | J | | |
| 910 | Franklin Resources Inc (common) | | | | | Partial Sale | 05/20 | J | None | |
| 911 | Franklin Resources Inc (common) | | | | | Partial Sale | 06/04 | J | None | |
| 912 | Freeport-McMoran Copper (common) | | | | | Buy | 05/05 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)   F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)   U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 47     INVESTMENT and TRUSTS – income, value, transactions     *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 913 | Freeport-McMoran Copper (common) | | | | | Buy | 06/24 | J | | |
| 914 | Freeport-McMoran Copper (common) | | | | | Buy | 06/25 | J | | |
| 915 | Freeport-McMoran Copper (common) | | | | | Buy | 08/26 | J | | |
| 916 | Freeport-McMoran Copper (common) | | | | | Partial Sale | 10/23 | J | C | |
| 917 | Gannett Co (common) | | | | | Buy | | J | | |
| 918 | Gannett Co (common) | | | | | Sell | 04/24 | J | None | |
| 919 | Gap Inc (common) | | | | | Buy | 02/10 | J | | |
| 920 | Gap Inc (common) | | | | | Sell | 07/23 | J | B | |
| 921 | Garmin Ltd (common) | | | | | Buy | 11/19 | J | | |
| 922 | Genentech Inc (common) | | | | | Buy | 01/20 | J | | |
| 923 | Genentech Inc (common) | | | | | Sell | 03/26 | K | D | |
| 924 | General Electric Co (common) | | | | | Buy | 10/19 | J | | |
| 925 | General Electric Co (common) | | | | | Buy | 11/17 | J | | |
| 926 | General Electric Co (common) | | | | | Buy | 12/17 | J | | |
| 927 | General Electric Co (common) | | | | | Partial Sale | 01/14 | J | None | |
| 928 | General Mills Inc (common) | | | | | Buy | 03/31 | J | | |
| 929 | Genworth Financial Inc (common) | | | | | Sell | 06/11 | J | None | |
| 930 | Gilead Sciences Inc (common) | | | | | Partial Sale | 02/06 | J | A | |
| 931 | Gilead Sciences Inc (common) | | | | | Partial Sale | 04/30 | J | A | |
| 932 | Gilead Sciences Inc (common) | | | | | Partial Sale | 10/15 | J | A | |
| 933 | Glaxosmithkline PLC (common) | | | | | Buy | 01/14 | J | | |
| 934 | Glaxosmithkline (common) | | | | | Partial Sale | 11/16 | J | A | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

VII. Page 48    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 935 | Goldman Sachs Group Inc (common) | | | | | Buy | 05/11 | J | | |
| 936 | Goldman Sachs Group Inc (common) | | | | | Buy | 06/01 | J | | |
| 937 | Goldman Sachs Group Inc (common) | | | | | Buy | 06/23 | J | | |
| 938 | Goldman Sachs Group Inc (common) | | | | | Buy | 09/11 | J | | |
| 939 | Goldman Sachs Group Inc (common) | | | | | Buy | 10/21 | J | | |
| 940 | Goldman Sachs Group Inc (common) | | | | | Buy | 10/22 | J | | |
| 941 | Goldman Sachs Group Inc (common) | | | | | Buy | 11/06 | J | | |
| 942 | Goldman Sachs Group Inc (common) | | | | | Partial Sale | 04/09 | J | B | |
| 943 | Goldman Sachs Group Inc (common) | | | | | Partial Sale | 09/24 | J | A | |
| 944 | Google Inc-Cl. A (common) | | | | | Partial Sale | 01/30 | J | None | |
| 945 | Google Inc-Cl. A (common) | | | | | Partial Sale | 04/15 | J | None | |
| 946 | Google Inc-Cl. A (common) | | | | | Partial Sale | 04/20 | J | None | |
| 947 | Google Inc-Cl. A (common) | | | | | Partial Sale | 10/19 | J | A | |
| 948 | Google Inc-Cl. A (common) | | | | | Partial Sale | 12/18 | J | A | |
| 949 | Hartford Financial Services Group (common) | | | | | Partial Sale | 02/04 | J | None | |
| 950 | Hartford Financial Services Group (common) | | | | | Sell | 08/12 | J | None | |
| 951 | Hewlett-Packard Co (common) | | | | | Buy | 10/26 | J | | |
| 952 | Hewlett-Packard Co (common) | | | | | Partial Sale | 03/24 | J | None | |
| 953 | Hewlett-Packard Co (common) | | | | | Partial Sale | 05/07 | J | None | |
| 954 | Hewlett-Packard Co (common) | | | | | Partial Sale | 06/04 | J | None | |
| 955 | Hewlett-Packard Co (common) | | | | | Partial Sale | 06/24 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 49     INVESTMENT and TRUSTS – income, value, transactions     *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 956 | Hewlett-Packard Co (common) | | | | | Partial Sale | 07/16 | J | None | |
| 957 | Hewlett-Packard Co (common) | | | | | Partial Sale | 08/28 | J | A | |
| 958 | Hewlett-Packard Co (common) | | | | | Partial Sale | 10/05 | J | A | |
| 959 | Hewlett-Packard Co (common) | | | | | Partial Sale | 12/04 | J | A | |
| 960 | Home Depot Inc (common) | | | | | | | | | |
| 961 | Honeywell International Inc (common) | | | | | Buy | 01/09 | J | | |
| 962 | Honeywell International Inc (common) | | | | | Buy | 02/11 | J | | |
| 963 | Honeywell International Inc (common) | | | | | Sell | 05/06 | J | A | |
| 964 | Huntsman Corp (common) | | | | | Buy | 12/16 | J | | |
| 965 | Illinois Tool Works (common) | | | | | Buy | 05/21 | J | | |
| 966 | Illinois Tool Works (common) | | | | | Buy | 06/25 | J | | |
| 967 | Illinois Tool Works (common) | | | | | Buy | 08/14 | J | | |
| 968 | Illinois Tool Works (common) | | | | | Buy | 09/17 | J | | |
| 969 | Illinois Tool Works (common) | | | | | Buy | 10/26 | J | | |
| 970 | Illinois Tool Works (common) | | | | | Buy | 11/27 | J | | |
| 971 | Ingersoll-Rand Co LTD (common) | | | | | Buy | 06/03 | J | | |
| 972 | Ingersoll-Rand Co LTD (common) | | | | | Buy | 06/09 | J | | |
| 973 | Ingersoll-Rand PLC (common) | | | | | Buy | 10/22 | J | | |
| 974 | Ingersoll-Rand PLC (common) | | | | | Buy | 11/03 | J | | |
| 975 | Ingersoll-Rand PLC (common) | | | | | Buy | 11/09 | J | | |
| 976 | Ingram Micro Inc (common) | | | | | Sell | 01/15 | J | None | |
| 977 | Intel Corp (common) | | | | | Buy | 04/21 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 50    INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 978 | Intel Corp (common) | | | | | Buy | 06/05 | J | | |
| 979 | Intel Corp (common) | | | | | Buy | 06/15 | J | | |
| 980 | Intel Corp (common) | | | | | Buy | 07/08 | J | | |
| 981 | Intel Corp (common) | | | | | Buy | 07/17 | J | | |
| 982 | Intel Corp (common) | | | | | Buy | 09/08 | J | | |
| 983 | Intel Corp (common) | | | | | Buy | 11/23 | J | | |
| 984 | JC Penney Co (common) | | | | | Partial Sale | 03/24 | J | A | |
| 985 | JC Penney Co (common) | | | | | Partial Sale | 04/14 | J | A | |
| 986 | Jacobs Engineering Group, Inc (common) | | | | | Buy | 01/09 | J | | |
| 987 | Jacobs Engineering Group, Inc (common) | | | | | Sell | 05/20 | J | A | |
| 988 | Johnson Controls Inc (common) | | | | | Buy | 08/07 | J | | |
| 989 | Johnson Controls Inc (common) | | | | | Buy | 09/04 | J | | |
| 990 | Johnson Controls Inc (common) | | | | | Buy | 11/20 | J | | |
| 991 | JP Morgan Chase & Co (common) | | | | | Buy | 04/30 | J | | |
| 992 | JP Morgan Chase & Co (common) | | | | | Buy | 05/08 | J | | |
| 993 | JP Morgan Chase & Co (common) | | | | | Buy | 05/13 | J | | |
| 994 | JP Morgan Chase & Co (common) | | | | | Buy | 05/15 | J | | |
| 995 | JP Morgan Chase & Co (common) | | | | | Buy | 05/21 | J | | |
| 996 | JP Morgan Chase & Co (common) | | | | | Buy | 05/27 | J | | |
| 997 | JP Morgan Chase & Co (common) | | | | | Buy | 06/12 | J | | |
| 998 | JP Morgan Chase & Co (common) | | | | | Buy | 06/15 | J | | |
| 999 | JP Morgan Chase & Co (common) | | | | | Buy | 08/11 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |
| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (col C2) U=Book Value | V=Other | W=Estimate | | |

VII. Page 51    INVESTMENT and TRUSTS – income, value, transactions      *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend. rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1000 | JP Morgan Chase & Co (common) | | | | | Buy | 12/10 | J | | |
| 1001 | JP Morgan Chase & Co (common) | | | | | Buy | 12/14 | J | | |
| 1002 | JP Morgan Chase & Co (common) | | | | | Buy | 12/21 | J | | |
| 1003 | JP Morgan Chase & Co (common) | | | | | Partial Sale | 03/24 | J | None | |
| 1004 | JP Morgan Chase & Co (common) | | | | | Partial Sale | 09/04 | J | A | |
| 1005 | JP Morgan Chase & Co (common) | | | | | Partial Sale | 09/11 | J | None | |
| 1006 | JP Morgan Chase & Co (common) | | | | | Partial Sale | 10/09 | J | A | |
| 1007 | KLA-Tencor Corp (common) | | | | | Buy | 09/11 | J | | |
| 1008 | KLA-Tencor Corp (common) | | | | | Buy | 10/01 | J | | |
| 1009 | KLA-Tencor Corp (common) | | | | | Buy | 10/02 | J | | |
| 1010 | Kohls Corp (common) | | | | | Buy | 01/27 | J | | |
| 1011 | Kohls Corp (common) | | | | | Buy | 03/31 | J | | |
| 1012 | Kohls Corp (common) | | | | | Buy | 06/05 | J | | |
| 1013 | Liberty Entertainment (common) | | | | | Buy | 04/21 | J | | |
| 1014 | Liberty Entertainment (common) | | | | | Buy | 04/23 | J | | |
| 1015 | Liberty Entertainment (common) | | | | | Buy | | | | |
| 1016 | Liberty Entertainment (common) | | | | | Partial Sale | 07/22 | J | A | |
| 1017 | Liberty Entertainment (common) | | | | | Sell | 08/05 | J | A | |
| 1018 | Limited Brands Inc (common) | | | | | Buy | 04/15 | J | | |
| 1019 | Lincoln National (common) | | | | | Buy | 01/27 | J | | |
| 1020 | Lincoln National (common) | | | | | Partial Sale | 11/30 | J | B | |
| 1021 | Lockheed Martin Corp (common) | | | | | Buy | Not nec | | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)        F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes:  J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes:  Q=Appraisal (col C2)        U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 52    INVESTMENT and TRUSTS – income, value, transactions            *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1022 | Lockheed Martin Corp (common) | | | | | Buy | | | | |
| 1023 | Lockheed Martin Corp (common) | | | | | Partial Sale | 04/21 | J | None | |
| 1024 | Lockheed Martin Corp (common) | | | | | Sell | 05/07 | J | None | |
| 1025 | Lowe's Cos (common) | | | | | Buy | 04/21 | J | | |
| 1026 | Lowe's Cos (common) | | | | | Buy | 05/27 | J | | |
| 1027 | Lowe's Cos (common) | | | | | Buy | 07/09 | J | | |
| 1028 | Lowe's Cos (common) | | | | | Buy | 07/13 | J | | |
| 1029 | Lowe's Cos (common) | | | | | Partial Sale | 12/18 | J | A | |
| 1030 | Macy's Inc (common) | | | | | Buy | 06/17 | J | | |
| 1031 | Macy's Inc (common) | | | | | Partial Sale | 02/09 | J | None | |
| 1032 | Macy's Inc (common) | | | | | Partial Sale | 05/14 | J | None | |
| 1033 | Masco Corp (common) | | | | | Buy | 05/18 | J | | |
| 1034 | McDonald's Corp (common) | | | | | Buy | 02/10 | J | | |
| 1035 | McDonald's Corp (common) | | | | | Partial Sale | 05/27 | J | None | |
| 1036 | McDonald's Corp (common) | | | | | Partial Sale | 07/16 | J | A | |
| 1037 | McDonald's Corp (common) | | | | | Partial Sale | 08/04 | J | None | |
| 1038 | McDonald's Corp (common) | | | | | Partial Sale | 09/16 | J | A | |
| 1039 | McDonald's Corp (common) | | | | | Sell | 10/12 | J | B | |
| 1040 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 02/11 | J | A | |
| 1041 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 05/11 | J | A | |
| 1042 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 09/16 | J | A | |
| 1043 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 10/21 | J | B | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)   F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (col C2)   U=Book Value | V=Other | W=Estimate | | |

VII. Page 53      INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br>*Place an "(X)" after each asset exempt from prior disclosure.* | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale, merger,<br>redemption | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 1044 | Medco Health Solutions Inc (common) | | | | | Partial Sale | 12/18 | J | B | |
| 1045 | Merck & Co Inc (common) | | | | | Partial Sale | 03/31 | J | None | |
| 1046 | Merck & Co Inc (common) | | | | | Partial Sale | 11/20 | J | None | |
| 1047 | Merck & Co Inc (common) | | | | | Partial Sale | 12/09 | J | None | |
| 1048 | MetLife Inc (common) | | | | | Buy | 01/22 | J | | |
| 1049 | MetLife Inc (common) | | | | | Partial Sale | 03/26 | J | None | |
| 1050 | MetLife Inc (common) | | | | | Partial Sale | 04/14 | J | None | |
| 1051 | MetLife Inc (common) | | | | | Partial Sale | 05/26 | J | None | |
| 1052 | MetLife Inc (common) | | | | | Partial Sale | 06/24 | J | None | |
| 1053 | MetLife Inc (common) | | | | | Partial Sale | 11/13 | J | None | |
| 1054 | MetLife Inc (common) | | | | | Partial Sale | 12/15 | J | None | |
| 1055 | Microsoft Corp (common) | | | | | Buy | 03/31 | J | | |
| 1056 | Microsoft Corp (common) | | | | | Buy | 10/19 | J | | |
| 1057 | Microsoft Corp (common) | | | | | Buy | 10/30 | J | | |
| 1058 | Microsoft Corp (common) | | | | | Buy | 12/21 | J | | |
| 1059 | Microsoft Corp (common) | | | | | Partial Sale | 05/01 | J | None | |
| 1060 | Microsoft Corp (common) | | | | | Partial Sale | 06/22 | J | B | |
| 1061 | Microsoft Corp (common) | | | | | Partial Sale | 09/16 | J | A | |
| 1062 | Molson Coors Brewing Co (common) | | | | | Buy | 01/30 | J | | |
| 1063 | Molson Coors Brewing Co (common) | | | | | Partial Sale | 04/30 | J | None | |
| 1064 | Molson Coors Brewing Co (common) | | | | | Sell | 05/05 | J | A | |
| 1065 | Monsanto Co (common) | | | | | Partial Sale | 02/06 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)      F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)      U=Book Value | V=Other | W=Estimate | |

VII. Page 54    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1066 | Monsanto Co (common) | | | | | Partial Sale | 04/09 | J | A | |
| 1067 | Monsanto Co (common) | | | | | Partial Sale | 05/28 | J | B | |
| 1068 | Monsanto Co (common) | | | | | Partial Sale | 06/04 | J | C | |
| 1069 | Monsanto Co (common) | | | | | Partial Sale | 06/26 | J | B | |
| 1070 | Monsanto Co (common) | | | | | Partial Sale | 07/22 | J | C | |
| 1071 | Monsanto Co (common) | | | | | Partial Sale | 08/06 | J | B | |
| 1072 | Monsanto Co (common) | | | | | Sell | 08/24 | J | B | |
| 1073 | Morgan Stanley (common) | | | | | Buy | 10/21 | J | | |
| 1074 | Morgan Stanley (common) | | | | | Buy | 10/30 | J | | |
| 1075 | Morgan Stanley (common) | | | | | Partial Sale | 03/27 | J | None | |
| 1076 | Morgan Stanley (common) | | | | | Partial Sale | 04/14 | J | None | |
| 1077 | Morgan Stanley (common) | | | | | Partial Sale | 06/18 | J | None | |
| 1078 | Motorola Inc (common) | | | | | Buy | 03/27 | J | | |
| 1079 | Motorola Inc (common) | | | | | Partial Sale | 05/14 | J | None | |
| 1080 | Motorola Inc (common) | | | | | Partial Sale | 08/04 | J | A | |
| 1081 | National-Oilwell Inc (common) | | | | | Buy | 05/28 | J | | |
| 1082 | National-Oilwell Inc (common) | | | | | Buy | 07/17 | J | | |
| 1083 | Netapp, Inc (common) | | | | | Buy | 04/21 | J | | |
| 1084 | Netapp, Inc (common) | | | | | Sell | 06/04 | J | A | |
| 1085 | News Corp (common) | | | | | Buy | 01/15 | J | | |
| 1086 | News Corp (common) | | | | | Buy | 04/23 | J | | |
| 1087 | News Corp (common) | | | | | Buy | 06/29 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 55    INVESTMENT and TRUSTS – income, value, transactions                          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1088 | News Corp (common) | | | | | Partial Sale | 09/22 | J | A | |
| 1089 | Nexen Inc (common) | | | | | Buy | 06/02 | J | | |
| 1090 | Nexen Inc (common) | | | | | Buy | 06/08 | J | | |
| 1091 | Nexen Inc (common) | | | | | Buy | 07/17 | J | | |
| 1092 | Nike Inc (common) | | | | | Sell | 08/27 | J | None | |
| 1093 | Nokia Corp-Spon ADR (common) | | | | | Buy | 01/21 | J | | |
| 1094 | Nokia Corp-Spon ADR (common) | | | | | Buy | 02/05 | J | | |
| 1095 | Nokia Corp-Spon ADR (common) | | | | | Buy | 02/10 | J | | |
| 1096 | Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 04/21 | J | None | |
| 1097 | Nokia Corp-Spon ADR (common) | | | | | Partial Sale | 07/14 | J | None | |
| 1098 | Northrop Grumman Corp (common) | | | | | Buy | 03/27 | J | | |
| 1099 | Northrop Grumman Corp (common) | | | | | Buy | 04/17 | J | | |
| 1100 | Northrop Grumman Corp (common) | | | | | Buy | 08/17 | J | | |
| 1101 | Northrop Grumman Corp (common) | | | | | Buy | 10/08 | J | | |
| 1102 | Nucor Corp (common) | | | | | Buy | 05/06 | J | | |
| 1103 | Nucor Corp (common) | | | | | Sell | 09/11 | J | A | |
| 1104 | Nvidia Corp (common) | | | | | Partial Sale | 03/26 | J | None | |
| 1105 | Nvidia Corp (common) | | | | | Sell | 06/05 | J | None | |
| 1106 | NVR Inc (common) | | | | | Buy | 07/28 | J | | |
| 1107 | NVR Inc (common) | | | | | Buy | 10/12 | J | | |
| 1108 | Occidental Petroleum Corp (Common) | | | | | Buy | 02/03 | J | | |
| 1109 | Occidental Petroleum Corp (Common) | | | | | Buy | 06/17 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 56     INVESTMENT and TRUSTS – income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1110  Occidental Petroleum Corp (Common) | | | | | Buy | 06/29 | J | | |
| 1111  Occidental Petroleum Corp (Common) | | | | | Buy | 08/31 | J | | |
| 1112  Occidental Petroleum Corp (Common) | | | | | Buy | 09/21 | J | | |
| 1113  Occidental Petroleum Corp (Common) | | | | | Partial Sale | 10/29 | J | A | |
| 1114  Paccar Inc (common) | | | | | Buy | 04/07 | J | | |
| 1115  Paccar Inc (common) | | | | | Sell | 05/14 | J | A | |
| 1116  Pepsico Inc (common) | | | | | Buy | 02/10 | J | | |
| 1117  Pepsico Inc (common) | | | | | Buy | 03/31 | J | | |
| 1118  Pepsico Inc (common) | | | | | Buy | 07/17 | J | | |
| 1119  Pepsico Inc (common) | | | | | Partial Sale | 05/08 | J | None | |
| 1120  Pepsico Inc (common) | | | | | Partial Sale | 10/01 | J | None | |
| 1121  Petroleo Brasileiro (common) | | | | | Buy | 06/01 | J | | |
| 1122  Petroleo Brasileiro (common) | | | | | Buy | 09/25 | J | | |
| 1123  Petroleo Brasileiro (common) | | | | | Partial Sale | 11/24 | J | A | |
| 1124  Petroleo Brasileiro (common) | | | | | Sell | 11/25 | J | B | |
| 1125  Pfizer Inc (common) | | | | | Buy | 08/14 | J | | |
| 1126  Pfizer Inc (common) | | | | | Buy | 10/16 | J | | |
| 1127  Pfizer Inc (common) | | | | | Partial Sale | 04/09 | J | None | |
| 1128  Pfizer Inc (common) | | | | | Partial Sale | 10/16 | J | None | |
| 1129  Philip Morris International (common) | | | | | Partial Sale | 04/21 | J | None | |
| 1130  Philip Morris International (common) | | | | | Partial Sale | 05/01 | J | None | |
| 1131  Philip Morris International (common) | | | | | Partial Sale | 06/05 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)  U=Book Value | V=Other | W=Estimate | |

VII. Page 57  INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1132 | Philip Morris International (common) | | | | | Partial Sale | 06/12 | J | A | |
| 1133 | Philip Morris International (common) | | | | | Partial Sale | 06/22 | J | None | |
| 1134 | Philip Morris International (common) | | | | | Sell | 07/27 | J | A | |
| 1135 | Principal Financial Group (common) | | | | | Buy | 10/19 | J | | |
| 1136 | Procter & Gamble Co (common) | | | | | Buy | 06/11 | J | | |
| 1137 | Procter & Gamble Co (common) | | | | | Buy | 06/16 | J | | |
| 1138 | Procter & Gamble Co (common) | | | | | Buy | 07/07 | J | | |
| 1139 | Procter & Gamble Co (common) | | | | | Partial Sale | 08/07 | J | None | |
| 1140 | Procter & Gamble Co (common) | | | | | Partial Sale | 09/10 | J | None | |
| 1141 | Procter & Gamble Co (common) | | | | | Partial Sale | 11/17 | J | None | |
| 1142 | Procter & Gamble Co (common) | | | | | Sell | 12/15 | J | B | |
| 1143 | Pulte Homes, Inc (common) | | | | | Buy | 08/11 | J | | |
| 1144 | Qualcomm Inc (common) | | | | | Buy | 01/07 | J | | |
| 1145 | Qualcomm Inc (common) | | | | | Buy | 03/31 | J | | |
| 1146 | Qualcomm Inc (common) | | | | | Partial Sale | 05/07 | J | None | |
| 1147 | Quanta Services Inc (common) | | | | | Buy | 08/24 | J | | |
| 1148 | Rio Tinto (common) | | | | | Buy | 09/15 | J | | |
| 1149 | Rio Tinto (common) | | | | | Sell | 11/25 | J | A | |
| 1150 | RRI Energy Inc fka Reliant Energy Inc (common) | | | | | | | | | |
| 1151 | Royal Dutch Shell PLC-ADR (common) | | | | | Partial Sale | 03/24 | J | None | |
| 1152 | Royal Dutch Shell PLC-ADR (common) | | | | | Partial Sale | 04/29 | J | None | |
| 1153 | Royal Dutch Shell PLC-ADR (common) | | | | | Sell | 07/13 | J | A | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)  U=Book Value | V=Other | W=Estimate | |

VII. Page 58    INVESTMENT and TRUSTS – income, value, transactions     *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1154 | Safeway Inc (common) | | | | | Partial Sale | 05/22 | J | None | |
| 1155 | Safeway Inc (common) | | | | | Sell | 07/28 | J | None | |
| 1156 | Sanofi Synthelabo (common) | | | | | Sell | 05/26 | J | None | |
| 1157 | Schering-Plough Corp (common) | | | | | Sell | 11/04 | J | B | |
| 1158 | Schlumberger Ltd (common) | | | | | Buy | 08/14 | J | | |
| 1159 | Schlumberger Ltd (common) | | | | | Partial Sale | 11/09 | J | None | |
| 1160 | Schwab (Charles) Corp (common) | | | | | Sell | 07/15 | J | A | |
| 1161 | Smithfield Foods Inc (common) | | | | | Buy | 06/22 | J | | |
| 1162 | Sprint Nextel Corp (common) | | | | | Buy | 07/30 | J | | |
| 1163 | Sprint Nextel Corp (common) | | | | | Buy | 08/10 | J | | |
| 1164 | Sprint Nextel Corp (common) | | | | | Buy | 10/28 | J | | |
| 1165 | Sprint Nextel Corp (common) | | | | | Partial Sale | 01/28 | J | None | |
| 1166 | SPX Corp (common) | | | | | Buy | 06/30 | J | | |
| 1167 | Steel Dynamics Inc (common) | | | | | Buy | 11/20 | J | | |
| 1168 | Suncor Energy Inc (common) | | | | | Buy | 10/13 | J | | |
| 1169 | Suncor Energy Inc (common) | | | | | Buy | 11/27 | J | | |
| 1170 | Supervalu Inc (common) | | | | | Buy | 10/16 | J | | |
| 1171 | Supervalu Inc (common) | | | | | Buy | 12/03 | J | | |
| 1172 | Supervalu Inc (common) | | | | | Partial Sale | 04/06 | J | None | |
| 1173 | Symantec Corp (common) | | | | | Buy | 04/15 | J | | |
| 1174 | Symantec Corp (common) | | | | | Buy | 10/30 | J | | |
| 1175 | Taiwan Semiconductor (common) | | | | | Buy | 05/06 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 59    INVESTMENT and TRUSTS -- income, value, transactions          *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1176 | Taiwan Semiconductor (common) | | | | | Buy | 05/07 | J | | |
| 1177 | Taiwan Semiconductor (common) | | | | | Sell | 11/11 | J | None | |
| 1178 | Target Corp (common) | | | | | Buy | 04/15 | J | | |
| 1179 | Target Corp (common) | | | | | Buy | 05/28 | J | | |
| 1180 | Target Corp (common) | | | | | Buy | 09/22 | J | | |
| 1181 | Target Corp (common) | | | | | Buy | 09/23 | J | | |
| 1182 | Target Corp (common) | | | | | Buy | 10/26 | J | | |
| 1183 | Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 05/04 | J | None | |
| 1184 | Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 05/07 | J | None | |
| 1185 | Teva Pharmaceutical Industries (common) | | | | | Partial Sale | 10/23 | J | A | |
| 1186 | Textron Inc (common) | | | | | Buy | 07/24 | J | | |
| 1187 | Textron Inc (common) | | | | | Partial Sale | 01/30 | J | None | |
| 1188 | The Walt Disney Co (common) | | | | | Buy | 03/31 | J | | |
| 1189 | The Walt Disney Co (common) | | | | | Partial Sale | 05/20 | J | A | |
| 1190 | The Walt Disney Co (common) | | | | | Partial Sale | 07/20 | J | A | |
| 1191 | The Walt Disney Co (common) | | | | | Partial Sale | 08/03 | J | A | |
| 1192 | Time Warner Cable Inc (common) | | | | | Buy | 04/07 | J | | |
| 1193 | Time Warner Cable Inc (common) | | | | | Buy | 04/15 | J | | |
| 1194 | Time Warner Cable Inc (common) | | | | | Buy | 05/05 | J | | |
| 1195 | Time Warner Cable Inc (common) | | | | | Buy | 08/03 | J | | |
| 1196 | Time Warner Inc (common) | | | | | Buy | 01/12 | J | | |
| 1197 | Time Warner Inc (common) | | | | | Buy | 08/14 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4)    F=$50,000-$100,000 | B=$1,001-$2,500    G=$100.001-1,000,000 | C=2.501-$5,000    H=$1,000,001-$5,000,000 | D=$5,001-$15,000    H2=$5,000,001 or more | E=$15.001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000    P1= $1,000,001-$5,000,000 | L=$50,001-100,000    P2=$5,000,001-$25,000,000 | M=$100,001-$250,000    P3=$25,000,001-$50,000,000 | N=$250,001-$500,000    P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (col C2)    U=Book Value | R=Cost (real estate only)    V=Other | S=Assessment    W=Estimate | T=Cash/Market | |

VII. Page 60    INVESTMENT and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.) | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1198 Time Warner Inc (common) | | | | | Partial Sale | 09/09 | J | A | |
| 1199 TJX Companies, inc (common) | | | | | Buy | 01/02 | J | | |
| 1200 TJX Companies, inc (common) | | | | | Sell | 05/15 | J | B | |
| 1201 Torchmark Corp (common) | | | | | Buy | ●5/04 | J | A | |
| 1202 Torchmark Corp (common) | | | | | Sell | 08/30 | J | A | |
| 1203 Toyota Motor Corp (common) | | | | | Buy | ●5/28 | J | | |
| 1204 Toyota Motor Corp (common) | | | | | Partial Sale | 04/21 | J | None | |
| 1205 Toyota Motor Corp (common) | | | | | Partial Sale | 04/24 | J | None | |
| 1206 Toyota Motor Corp (common) | | | | | Sell | ●9/22 | J | A | |
| 1207 Travelers Companies Inc (common) | | | | | Partial Sale | ●3/27 | J | None | |
| 1208 Travelers Companies Inc (common) | | | | | Partial Sale | 06/29 | J | None | |
| 1209 Tyco Electronics LTD (common) | | | | | Buy | 04/30 | J | | |
| 1210 Tyco Electronics LTD (common) | | | | | Buy | ●5/15 | J | | |
| 1211 Tyco Electronics LTD (common) | | | | | Buy | 08/10 | J | | |
| 1212 Tyco Electronics LTD (common) | | | | | Buy | 10/13 | J | | |
| 1213 Tyco Electronics LTD (common) | | | | | Buy | 12/02 | J | | |
| 1214 Tyson Foods Inc (common) | | | | | Buy | 01/14 | J | | |
| 1215 Tyson Foods Inc (common) | | | | | Partial Sale | 06/23 | J | None | |
| 1216 Tyson Foods Inc (common) | | | | | Sell | 08/04 | J | A | |
| 1217 Union Pacific Corp (common) | | | | | Buy | ●5/01 | J | | |
| 1218 Union Pacific Corp (common) | | | | | Partial Sale | 01/05 | J | None | |
| 1219 Union Pacific Corp (common) | | | | | Partial Sale | 11/04 | J | A | |

1 Inc/Gain Codes: A=1,000 or less   B=$1,001-$2,500   C=2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col B1, D4)   F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(col C2)   U=Book Value   V=Other   W=Estimate

| Name of Person Reporting | Date of Report |
|---|---|
| Robert H. Cleland | 08/13/10 |

VII. Page 61    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date. Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1220 | Union Pacific Corp (common) | | | | | Partial Sale | 12/03 | J | A | |
| 1221 | United Parcel Service (common) | | | | | Buy | 09/15 | J | | |
| 1222 | United Technologies Corp (common) | | | | | Buy | 09/11 | J | | |
| 1223 | United Technologies Corp (common) | | | | | Buy | 10/02 | J | | |
| 1224 | United Technologies Corp (common) | | | | | Sell | 11/19 | J | A | |
| 1225 | Unum Group (common) | | | | | Buy | 04/22 | J | | |
| 1226 | US Bancorp (common) | | | | | Buy | 05/18 | J | | |
| 1227 | US Bancorp (common) | | | | | Buy | 05/21 | J | | |
| 1228 | US Bancorp (common) | | | | | Buy | 10/08 | J | | |
| 1229 | US Bancorp (common) | | | | | Partial Sale | 11/18 | J | A | |
| 1230 | Vale SA (common) | | | | | Buy | 11/25 | J | | |
| 1231 | Valero Energy Corp (common) | | | | | Buy | 07/15 | J | | |
| 1232 | Valero Energy Corp (common) | | | | | Buy | 07/29 | J | | |
| 1233 | Valero Energy Corp (common) | | | | | Buy | 07/30 | J | | |
| 1234 | Valero Energy Corp (common) | | | | | Buy | 08/19 | J | | |
| 1235 | Vertex Pharmaceuticals Inc (common) | | | | | Buy | 11/09 | J | | |
| 1236 | Verizon Communications Inc (common) | | | | | Sell | 04/29 | J | None | |
| 1237 | Viacom Inc (common) | | | | | | | | | |
| 1238 | VISA Inc (common) | | | | | Buy | 04/21 | J | | |
| 1239 | VISA Inc (common) | | | | | Buy | 05/06 | J | | |
| 1240 | VISA Inc (common) | | | | | Partial Sale | 10/06 | J | A | |
| 1241 | Vodafone Group PLC (common) | | | | | Buy | 04/29 | J | | |

| 1 Inc/Gain Codes: A =1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 62    INVESTMENT and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure.* | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242 | Vodafone Group PLC (common) | | | | | Buy | 04/30 | J | | |
| 1243 | Wal-Mart Stores, Inc (common) | | | | | Partial Sale | 04/28 | J | None | |
| 1244 | Wal-Mart Stores, Inc (common) | | | | | Partial Sale | 10/21 | J | None | |
| 1245 | Wells Fargo & Company (common) | | | | | Buy | 02/10 | J | | |
| 1246 | Wells Fargo & Company (common) | | | | | Buy | 05/08 | J | | |
| 1247 | Wells Fargo & Company (common) | | | | | Buy | 11/19 | J | | |
| 1248 | Wells Fargo & Company (common) | | | | | Buy | 11/20 | J | | |
| 1249 | Wells Fargo & Company (common) | | | | | Buy | 12/14 | J | | |
| 1250 | Wells Fargo & Company (common) | | | | | Buy | 12/17 | J | | |
| 1251 | Wells Fargo & Company (common) | | | | | Partial Sale | 03/10 | J | None | |
| 1252 | Western Digital Corp (common) | | | | | Partial Sale | 05/20 | J | None | |
| 1253 | Western Digital Corp (common) | | | | | Partial Sale | 05/29 | J | None | |
| 1254 | Wisconsin Energy Corp (common) | | | | | Sell | 04/30 | J | None | |
| 1255 | Wyeth (common) | | | | | Partial Sale | 04/09 | J | None | |
| 1256 | Wyeth (common) | | | | | Sell | 10/16 | J | B | |
| 1257 | XL Capital LTD (common) | | | | | Buy | 05/27 | J | | |
| 1258 | **FR5** (previously FR6) | A | Interest/ Dividend | J | T | | | | | |
| 1259 | Fidelity Cash Reserves | | | | | | | | | |
| 1260 | | | | | | | | | | |
| 1261 | | | | | | | | | | |
| 1262 | | | | | | | | | | |
| 1263 | | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)    U=Book Value | V=Other | W=Estimate | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continuation of Part I, Positions

POSTITION        NAME OF ORGANIZATION/ENTITY

6.   President        Foundation 1
7.   President        Sub-Chapter S Corporation 1
8.   Co-Trustee     Partnership 1
9.   Member       Board of Directors Condominium Association
10.  Member       Investment Club


Part VII. Investments and Trusts

Re "Investment Club" line 7

This entry is a Limited Liability Company, and is the equivalent of a mutual fund or limited partnership designed to engage in investment strategies. It is a common investment fund" and the assets are not individually reported because the reporting judge does not control or influence the Company's investment " decisions, which are delegated to the investment advisory division of a financial institution.

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND. Robert H. | 08/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq.. 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ S/ _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544